Case:23-00083-LTS Doc#:1-6 Filed:05/24/23 Entered:05/24/23 13:30:01 Desc:
Appendix Exhibit 4 to Complaint Dkt 1-4 Page 1 of 11

SJ2023CV04406 11/05/2023 05:14:10 pm Entrada Núm. 1 Página 1 de 11

(P. de la C. 927)

17ma ASAMBLEA    1ra SESION
LEGISLATIVA    ORDINARIA
Ley Núm. 13-2013
(Aprobada en 30 de abr de 2013)

## LEY

Para derogar el Artículo 3 de la Ley Núm. 1 de 20 de enero de 1966, según enmendada, conocida como la "Ley de la Universidad de Puerto Rico", y sustituirlo por un nuevo Artículo 3, a los fines de eliminar la Junta de Síndicos de la Universidad de Puerto Rico y crear la Junta de Gobierno de la Universidad de Puerto Rico, establecer su composición, las normas sobre su funcionamiento, sus deberes y atribuciones; y para otros fines.

### EXPOSICIÓN DE MOTIVOS

Por más de cien (100) años, la Universidad de Puerto Rico ha brindado acceso a miles de puertorriqueños a una educación post secundaria de excelencia y ha servido como principal centro de investigación del país. Ha sido, y es, un instrumento invaluable para el desarrollo de la riqueza intelectual y el cultivo, difusión y enriquecimiento de los valores de nuestro pueblo.

Como es de conocimiento general, esta Asamblea Legislativa tiene un compromiso con la sociedad puertorriqueña de reexaminar periódicamente las estructuras gubernamentales con el propósito de procurar que éstas cumplan con su cometido público. La Constitución del Estado Libre Asociado de Puerto Rico, en su Artículo III, Sección 16, otorga a la Asamblea Legislativa una de las facultades más importantes para la operación del Estado: "crear, consolidar o reorganizar departamentos ejecutivos y definir sus funciones." Se trata de la autoridad para configurar cómo estarán estructurados todos los organismos de gobierno sobre los cuales recae la tarea de administrar los recursos públicos y brindar servicios a toda la ciudadanía. La manera en que cada agencia, administración, instrumentalidad o corporación pública esté configurada en términos de su funcionamiento y operación resulta determinante para el éxito o fracaso de las políticas públicas que justificaron en un primer momento su creación.

En ese sentido, precisa señalar que la Universidad de Puerto Rico ha sido y es pieza clave en la transformación social que queremos para mejorar cualitativamente el sistema de educación pública y la calidad de vida de todo el país. Como bien establece la Ley Núm. 1 de 20 de enero de 1966, entre los objetivos de la referida institución universitaria está transmitir e incrementar el saber por medio de las ciencias y las artes, cultivar el amor al conocimiento como vía de la libertad, promover el cultivo y disfrute de los valores democráticos y culturales, procurar la formación plena de estudiantes como servidores de la comunidad, y desarrollar la riqueza intelectual de nuestro pueblo. Sin lugar a dudas, en el ejercicio de sus deberes y atribuciones, las decisiones y los estilos del cuerpo rector de la Universidad de Puerto Rico son esenciales para

viabilizar los proyectos de la Universidad, y definen el éxito o fracaso de la institución en la dirección del destino de la Universidad y en la consecución de sus objetivos trascendentales.

Con la aprobación de la Ley 65-2010, esta Asamblea Legislativa amplió súbitamente la plantilla de la Junta de Síndicos de la Universidad de Puerto Rico. Dicha plantilla se elevó entonces de trece (13) a diecisiete (17) miembros. El aumento se hizo sin discusión ni debate, así como sin consulta alguna a la comunidad universitaria. Los motivos articulados en la Exposición de Motivos de la Ley 65-2010 -dar mayor participación a los sectores de la comunidad extramural en los asuntos universitarios y ampliar la participación de los sectores intramurales en el manejo de la Universidad- no justificaban la prisa con la que se actuó en la adopción de dicha Ley. El motivo de la prisa ha quedado, desde entonces, sin esclarecerse.

Aparte de la Exposición de Motivos de la Ley 65-2010, durante la consideración de la medida se señaló que su aprobación buscaba dar dirección clara a la Universidad; esto es, asegurar que la Universidad contara con una Junta menos fragmentada en su manera de trazar el destino institucional.

Luego de transcurridos más de dos años de la adopción de dicha medida, sus objetivos no se han cumplido. En cuanto a uno de los grupos que, según la Exposición de Motivos de la Ley 65-2010, se querían beneficiar -los sectores intramurales- su participación en la Junta de Síndicos lejos de aumentar se diluyó. Los profesores terminaron con una representación de dos (2) en una Junta de diecisiete (17), mientras que, previo a la aprobación de esa Ley, contaban con una representación de dos (2) en una Junta de trece (13). Igualmente sucedió con los estudiantes.

En cuanto a dar a la Universidad una orientación clara, tampoco la Ley 65-2010 obtuvo resultados halagadores. La matrícula institucional se ha reducido inaceptablemente, la acreditación institucional estuvo en peligro, en peor riesgo se encuentran los fondos que a la institución le aporta la Fundación Nacional de Ciencias, la deuda de la institución se califica como *Ba1*, por solo citar algunas instancias de la mayor preocupación para el pueblo de Puerto Rico.

A la luz de todo lo anterior, los Senados Académicos del sistema universitario, los foros oficiales de la comunidad académica, han formulado fuertes reclamos de cambios en los cuadros administrativos. Igual lo han articulado importantes figuras de la Institución.

A juicio de la Asamblea Legislativa, el estado de las cosas no puede continuar. La Junta de Síndicos de la Universidad de Puerto Rico, con su actual tamaño y perfil no ha podido dar a la Universidad de Puerto Rico la estabilidad, la dirección y la solidez administrativa que requieren los tiempos.

Es tiempo de reorganizar la junta directiva de la Universidad de Puerto Rico. En aras de lograr que esta institución alcance plenamente sus objetivos, es necesario que esta Asamblea Legislativa ejerza su prerrogativa constitucional y reorganice su cuerpo rector.

Al hacerlo, esta Asamblea Legislativa debe asegurar que la junta directiva de la Universidad cuente con la agilidad, los talentos, la riqueza de trasfondos, los perfiles, que le permitan adelantar otros temas de interés para la Institución y para el País. Para ello,

Primero, el tamaño de la Junta vuelve a llevarse a trece (13) miembros, para que la funcionalidad del cuerpo se recupere. La decisión súbita de aumentar la Junta a diecisiete (17) miembros, tomada hace más de dos años no tiene todavía justificación conocida, ni ha probado ser saludable a la Universidad. Dentro de ese tamaño, se significa la representación de personas vinculadas al quehacer social, al financiero, a los puertorriqueños de los Estados Unidos y, desde luego, a las artes, las ciencias y las profesiones;

Segundo, aunque no se trata aquí de asuntos sectoriales, al reducirse el tamaño de la Junta, adquiere mayor peso la participación en ella de profesores y alumnos, dos (2) de trece (13) y dos (2) de trece (13), respectivamente, en lugar de uno (1) de diecisiete (17) y dos (2) de diecisiete (17);

Tercero, se incorpora a la Junta, como fue por muchos años, al Secretario de Educación, para asegurar la debida sinergia entre el sistema escolar y el sistema universitario del Estado. Este es un tema de alta prioridad para Puerto Rico, que cobra mayor significado a la luz de la política pública dirigida a generar en Puerto Rico una verdadera cultura educativa que abarque desde el pre kínder al bachillerato universitario;

Cuarto, ante los problemas recientes, se resalta la responsabilidad de la junta de asegurar el cumplimiento de la Universidad con los requisitos de las agencias acreditadoras de valor académico reconocido, tanto las generales como las profesionales, así como con la normativa de las agencias que financian la investigación;

Quinto, se atiende la principal preocupación contemporánea en torno a la función de las juntas de gobierno de las universidades públicas de esta parte del mundo: se aclara inequívocamente que, si bien la junta representa el interés público en la Universidad, el interés público no tiene que ver necesariamente con intereses de partidos y que sus miembros tienen la responsabilidad de proteger a la Universidad de intervenciones partidistas, así como de tendencias anti intelectuales lesivas a su misión académica y pública que puedan manifestarse en la comunidad;

Case:23-06833-LTS Doc#:1-6 Filed:05/24/23 Entered:05/24/23 13:30:01 Desc:
Appendix Exhibit 4 to Complaint Dkt 1-4 Page 4 of 11

SJ2023CV04406 11/05/2023 05:14:10 pm Entrada Núm. 1 Página 4 de 11

4

Sexto, se hace explícita la responsabilidad de la junta de generar una cultura de filantropía a favor de la Universidad; y

Séptimo, se articula el deber universitario de convertirse en el gran vínculo científico y cultural de Puerto Rico con el mundo.

Con esta medida se concluye prontamente un esfuerzo de reivindicación de los intereses de la Universidad de Puerto Rico, para que la Universidad se coloque en condiciones de echar adelante una agenda de enseñanza, investigación y servicio que tanto necesita Puerto Rico. Esas reivindicaciones han incluido, la restauración de la fórmula presupuestaria de la Universidad, la devolución de los terrenos que le fueron sustraídos a sus estaciones agrícolas experimentales, la eliminación de una cuota que pesaba igual sobre los alumnos con independencia de los créditos que cursaran, entre otras.

La Universidad responderá con la productividad y la nobleza que la distingue.

*DECRÉTASE POR LA ASAMBLEA LEGISLATIVA DE PUERTO RICO:*

Sección 1.-Se deroga el Artículo 3 de de la Ley Núm. 1 de 20 de enero de 1966, según enmendada, conocida como la Ley de la Universidad de Puerto Rico, y se sustituye por un nuevo Artículo 3 que leerá de la siguiente manera:

"Artículo 3.-Junta de Gobierno

(a) Nombre.- La Universidad de Puerto Rico será gobernada por una Junta de Gobierno, la cual se denominará Junta de Gobierno de la Universidad de Puerto Rico.

(b) Composición.- La Junta de Gobierno de la Universidad de Puerto Rico estará compuesta por trece (13) miembros, de los cuales uno (1) será estudiante regular de bachillerato; uno (1) será un estudiante regular de alguno de los programas graduados de la Universidad; dos (2) serán profesores o profesoras con nombramiento permanente en el sistema universitario; uno (1) será el Secretario de Educación, con carácter ex officio; uno (1) será un profesional con amplio conocimiento y experiencia en el campo de las finanzas; uno (1) será un residente de Puerto Rico que haya participado con distinción en el liderato social y comunitario; cinco (5) serán residentes de Puerto Rico destacados en saberes artísticos, científicos y profesionales, de los cuales al menos tres (3) serán egresados de cualquier programa académico de la Universidad; y, uno (1) será un ciudadano, residente en Puerto Rico, vinculado a las comunidades

Case:23-00083-EAG Doc#:1-6 Filed:05/24/23 Entered:05/24/23 13:30:10 Desc:
Appendix Exhibit 4 to Complaint Dkt 1-4 Page 5 of 11

SJ2023CV04406 11/05/2023 05:14:10 pm Entrada Núm. 1 Página 5 de 11

5

puertorriqueñas en el exterior. Exceptuando a los dos (2) estudiantes y los dos (2) profesores, los demás miembros de la Junta de Gobierno serán nombrados por el Gobernador con el consejo y consentimiento del Senado. Todos los miembros de la Junta de Gobierno desempeñarán sus cargos hasta que sus sucesores sean nombrados y tomen posesión, y serán mayores de dieciocho (18) años de edad, residentes en Puerto Rico y cumplirán con las disposiciones de la Ley 1-2012, conocida como la "Ley de Ética Gubernamental de Puerto Rico de 2011".

Ningún miembro de la Asamblea Legislativa de Puerto Rico ni persona alguna que ocupe un cargo o empleo en el Estado Libre Asociado de Puerto Rico o en cualquier instrumentalidad o corporación pública que no sea la Universidad de Puerto Rico podrá ser nombrado miembro de la Junta de Gobierno, excepto el Secretario de Educación del Estado Libre Asociado de Puerto Rico por su carácter ex officio. Tampoco podrá ser nombrado un empleado, funcionario, profesor, oficial, director, accionista, miembro, asesor, contratista o socio alguno de una institución privada de educación superior en Puerto Rico.

Sin que se entienda como una limitación a las facultades inherentes a su cargo, el Gobernador podrá designar un Comité para identificar, evaluar y recomendar candidatos a la Junta de Gobierno de la Universidad de Puerto Rico.

(c) Elección de los estudiantes y los profesores.- El estudiante de bachillerato y los dos (2) profesores que habrán de servir como miembros de la Junta de Gobierno serán elegidos por ellos y entre ellos, respectivamente, mediante voto secreto de los estudiantes y profesores que actualmente sirven como representantes del estudiantado y del personal docente en la Junta Universitaria. Los representantes del personal docente no podrán ser de la misma unidad institucional. El estudiante regular de alguno de los programas graduados de la Universidad será seleccionado por sus pares de los Recintos de Río Piedras, Mayagüez y Ciencias Medicas. La Secretaría de la Junta Universitaria conducirá estas elecciones conforme a los usos y las costumbres universitarias y certificará a la Junta de Gobierno las personas elegidas. Al asumir sus funciones en la Junta de Gobierno, los elegidos cesarán como representantes de la Junta Universitaria y sus cargos serán cubiertos por la unidad institucional correspondiente, según se disponga por ley o reglamento.

(d) Término del nombramiento.- Los representantes estudiantiles debidamente certificados por la Secretaría de la Junta Universitaria servirán en la Junta de Gobierno por el término de un (1) año y podrán ser

Case:23-00083-EAG Doc#:1-6 Filed:05/24/23 Entered:05/24/23 13:30:01 Desc:
Appendix Exhibit 4 to Complaint Dkt 1-4 Page 6 of 11

SJ2023CV04406 11/05/2023 05:14:10 pm Entrada Núm. 1 Página 6 de 11

6

reelectos a un término adicional de un (1) año. No obstante, tendrán que cesar como miembros de la Junta de Gobierno si se desligan de la Universidad durante dicho término.

Los representantes del personal docente debidamente certificados por la Secretaría de la Junta Universitaria servirán en la Junta de Gobierno por el término de un (1) año y podrán ser reelectos en dos ocasiones adicionales por el término de un (1) año, en cada ocasión. No obstante, tendrán que cesar como miembros de la Junta de Gobierno si se desligan de la Universidad durante dicho término.

El o la profesional con amplio conocimiento y experiencia en el campo de las finanzas; el residente de Puerto Rico que provenga del liderato social y comunitario; y, el ciudadano, residente en Puerto Rico, que esté vinculado a las comunidades puertorriqueñas en el exterior, servirán en la Junta de Gobierno por un término de cinco (5) años. De los cinco (5) residentes destacados en saberes artísticos, científicos y profesionales, uno (1) servirá por un término de cinco (5) años, dos (2) servirán por un término de siete (7) años, y dos (2) servirán por un término de nueve (9) años. Sus sucesores, todos servirán por un término único de nueve (9) años.

Los miembros de la Junta de Gobierno podrán ser destituidos tras determinación de justa causa por la propia Junta y por el incumplimiento de los deberes fiduciarios y administrativos, previa formulación de cargos. Toda vacante en la Junta de Gobierno se cubrirá en la misma forma establecida en este Artículo y sólo se extenderá por el resto del tiempo para el cual fue designado su antecesor.

(e) Primera reunión y elección de oficiales.- Una vez constituida, la Junta de Gobierno será convocada por el Secretario de Educación para su reunión inaugural, y en ella se elegirá de entre sus miembros a un Presidente y aquellos otros oficiales que se consideren necesarios para llevar a cabo su encomienda. La Junta de Gobierno fijará por reglamento el término de estos oficiales.

(f) Quórum y sesiones.- El quórum de la Junta de Gobierno será de siete (7) miembros. La Junta se reunirá en sesiones ordinarias de acuerdo con el calendario anual que aprobará y publicará oportunamente. La Junta podrá celebrar reuniones extraordinarias o reuniones de comités, previa convocatoria por su Presidente, motu proprio o a petición de siete (7) de sus miembros. Los acuerdos y resoluciones de la Junta de Gobierno se tomarán por mayoría del quórum de los miembros presentes, salvo que la

Case:23-00083-EAG Doc#:1-4 Filed:06/15/23 Entered:06/15/23 17:30:10    Desc:
Appendix Exhibit 4 to Complaint Dkt 1-4   Page 7 of 11

SJ2023CV04406 11/05/2023 05:14:10 pm Entrada Núm. 1 Página 7 de 11

7

Junta de Gobierno, mediante reglamento, requiera una mayoría especial para alguna decisión.

(g) Facultades y deberes de la Junta de Gobierno.- La Junta formulará las directrices que regirán la orientación y el desarrollo de la Universidad, examinará y aprobará las normas generales de funcionamiento propuestas por los organismos legislativos y administrativos de ésta, de conformidad con la presente Ley, y supervisará el funcionamiento de la institución. La Junta representará el interés público en la Universidad, velando siempre por la protección de la Universidad contra intereses político partidistas, o cualquier otro interés, que menoscabe su autonomía, contra tendencias anti intelectuales que se manifiesten en contra de la libertad académica, la promoción de la conciencia crítica y el desarrollo pleno de las virtudes del estudiantado.

(h) Deberes y atribuciones.-

(1) Aprobar el plan de desarrollo integral de la Universidad y revisarlo anualmente.

(2) Autorizar la creación, modificación y reorganización de recintos, centros y otras unidades institucionales universitarias; de colegios, escuelas, facultades, departamentos y dependencias de la Universidad, pero no podrá privatizar, enajenar ni abolir las unidades institucionales autónomas existentes al momento de aprobarse esta ley, sin previa autorización de Ley.

(3) Disponer sobre la creación y la eliminación de cargos de funcionarios auxiliares del Presidente de la Universidad.

(4) Autorizar la creación y eliminación de cargos de decanos que no presidan facultades.

(5) Aprobar o enmendar el Reglamento General de la Universidad, el Reglamento General de Estudiantes, el Reglamento de Estudiantes de cada recinto, el Reglamento del Sistema de Retiro y cualquier otro reglamento de aplicación general, sujeto a las disposiciones de la Ley de Procedimiento Administrativo Uniforme, Ley Núm. 170 de 12 de agosto de 1988, según enmendada.

(6) Resolver las apelaciones que se interpusieren contra las decisiones del Presidente, de la Junta Universitaria y de la Junta de

Case:23-03683-BSJ Doc#:1-6 Filed:05/24/23 Entered:05/24/23 18:30:01 Desc:
Appendix Exhibit 4 to Complaint Dkt 1-4    Page 8 of 11

SJ2023CV04406 11/05/2023 05:14:10 pm Entrada Núm. 1 Página 8 de 11

8

Apelaciones del personal técnico administrativo en el sistema universitario.

(7) Nombrar, en consulta con los senados académicos u organismos equivalentes de las respectivas unidades, al Presidente de la Universidad, a los rectores de los recintos universitarios y de cualquiera otra unidad autónoma que se cree dentro del sistema universitario y que por su condición la Junta de Gobierno determine que debe ser dirigida por un Rector. Tales funcionarios ocuparán sus cargos a voluntad de la Junta. La Junta de Gobierno deberá evaluar la labor de cada uno de los mencionados funcionarios en cada término no menor de dos (2) años, ni mayor de cuatro (4) años de la incumbencia de éstos. La referida evaluación será por escrito, discutida con cada incumbente y formará parte del archivo correspondiente de la Junta de Gobierno.

(8) Aprobar el nombramiento del Director de Finanzas de la Universidad de Puerto Rico.

(9) Considerar y aprobar el proyecto de presupuesto del sistema universitario que someta el Presidente anualmente, aprobar y mantener un sistema uniforme de contabilidad y auditoría para el uso de los fondos de la Universidad conforme a la ley y los reglamentos. Cuando a la terminación de un año económico no se hubiese aprobado el presupuesto de la Universidad correspondiente al año siguiente en la forma dispuesta en la Ley de la Universidad de Puerto Rico, regirá el presupuesto que estuviere en vigor durante el año anterior.

(10) Rendir anualmente al Gobernador y a la Asamblea Legislativa un informe acerca de sus gestiones y del estado y finanzas de la Universidad.

(11) Adoptar normas respecto a los derechos y deberes del personal universitario, y fijar sueldos y emolumentos a los funcionarios de la Universidad nombrados por la propia Junta de Gobierno.

(12) Crear y otorgar distinciones académicas por su propia iniciativa o a propuestas de los senados académicos.

(13) Establecer el procedimiento para la sustitución temporal de funcionarios universitarios.

Case:23-00083-EAG Doc#:1-6 Filed:05/24/23 Entered:05/24/23 13:30:01 Desc:
Appendix Exhibit 4 to Complaint Dkt 1-4 Page 9 of 11

SJ2023CV04406 11/05/2023 05:14:10 pm Entrada Núm. 1 Página 9 de 11

9

(14) Adoptar un reglamento interno.

(15) Mantener un plan de seguro médico y un sistema de pensiones para todo el personal universitario, el cual incluirá un plan de préstamos sin interponerse a los poderes de la Junta de Retiro.

(16) Organizar su oficina, nombrar su personal y contratar los servicios de los peritos, asesores y técnicos necesarios para ejercer las facultades establecidas en esta Ley y hacer las asignaciones necesarias a tales fines. El personal de carrera de la actual Junta de Síndicos será transferido a la nueva Junta de Gobierno, y conservará todos los derechos, privilegios y obligaciones adquiridos.

(17) Establecer normas generales para la concesión de becas y cualquier otra ayuda económica en el sistema universitario público.

(18) Elaborar mecanismos que conduzcan a la mejor transición entre los programas de las escuelas superiores del país, especialmente las públicas, y los programas de la Universidad, de manera que los alumnos y las alumnas del país se formen en un ambiente conducente a la formación universitaria.

(19) Autorizar la creación de corporaciones subsidiarias o afiliadas para ofrecer servicios a la comunidad universitaria y al pueblo de Puerto Rico.

(20) Atender cabalmente los requerimientos de las entidades acreditadoras, las regionales y las propias, entre ellas, el Consejo de Educación de Puerto Rico la "Middle States Commission on Higher Education", y las que ofrecen acreditaciones profesionales particulares.

(21) Atender cabalmente los requerimientos de entidades e instrumentalidades públicas del Estado Libre Asociado de Puerto Rico, o del gobierno de los Estados Unidos de América que puedan otorgar fondos a la Universidad o darle asistencia para el desarrollo de programas.

(22) Asegurar que la Universidad de Puerto Rico sirva de fuerza vinculante entre nuestro país y el resto del mundo.

Case:23-03038-EAG Doc#:1-4 Filed:06/05/24 Entered:06/05/24 13:30:00 Desc:
Appendix Exhibit 4 to Complaint Dkt 1-4 Page 10 of 11

SJ2023CV04406 11/05/2023 05:14:10 pm Entrada Núm. 1 Página 10 de 11

10

(23) Promover, a tenor con las prácticas aceptadas en las mejores instituciones universitarias del mundo, la sostenida vinculación de los egresados de la Universidad con su Alma Mater, procurándose, como fruto de esta vinculación, los debidos respaldos económicos para la Institución.

(24) Velar por el sano mantenimiento y la actualización de las infraestructuras universitarias, tanto constructivas como tecnológicas, prestando particular atención al patrimonio arquitectónico del cual es depositaria.

(i) Vigencia de reglamentación y certificaciones de la Junta de Síndicos.- Toda la reglamentación, así como todas las certificaciones aprobadas por la anterior Junta de Síndicos que estén en vigencia al momento de aprobarse esta Ley, continuarán vigentes hasta que la Junta de Gobierno que aquí se crea, las modifique o revoque. Los acuerdos laborales permanecerán inalterados hasta que las partes acuerden lo contrario.

Artículo 3.1-Facultades Corporativas de la Universidad

La Universidad de Puerto Rico tendrá todas las atribuciones, prerrogativas, responsabilidades y funciones propias de una entidad corporativa encargada de la educación superior, las cuales ejercerá a través de la Junta de Gobierno. Tendrá autoridad para demandar y ser demandada, adquirir y poseer bienes e inmuebles, hipotecar, vender, o en cualquier forma enajenar los mismos; contraer deudas; celebrar contratos; invertir sus fondos en forma compatible con los fines y propósitos de esta ley; adoptar y usar un sello oficial; aceptar y administrar donaciones, herencias y legados. Tendrá la custodia, el gobierno y la administración de todos sus bienes de cualquier clase y de todos sus fondos, según lo establecido en el Artículo 3, Sección (h) - Deberes y Atribuciones, en el sub-inciso (2).

Artículo 3.2.-Reforma Universitaria

La Junta de Gobierno podrá, de tiempo en tiempo, consultar a la Comunidad Universitaria con el propósito de someter a la Asamblea Legislativa aquellas enmiendas a la Ley Universitaria que entiendan necesarias para promover los mejores intereses institucionales."

Sección 2.-Efecto y transición.

Una vez comience a regir esta Ley, quedarán terminados las funciones de los miembros de la Junta de Síndicos, con excepción del representante estudiantil y los dos (2) representantes del personal docente, quienes pasarán a formar parte de la Junta de

Case:23-03038-13-Sv-01-8261-Document-05/24/2Filed-06/15/05/2Page 11:30:01 Desc:
Appendix Exhibit 4 to Complaint Dkt 1-4   Page 11 of 11

SJ2023CV04406 11/05/2023 05:14:10 pm Entrada Núm. 1 Página 11 de 11

11

Gobierno hasta que sus sucesores en ésta tomen posesión de sus cargos. Se faculta al Gobernador a nombrar a los primeros ocho (8) miembros de la Junta de Gobierno para que tomen posesión inmediata de sus respectivos cargos. Los primeros ocho (8) miembros de la Junta de Gobierno nombrados por el Gobernador entrarán en posesión de sus cargos inmediatamente, mientras el Senado pasa juicio sobre la confirmación de sus nombramientos.

Las disposiciones de esta Ley tendrán el efecto de modificar toda disposición de ley o reglamento vigente que haga referencia a la Junta de Síndicos de la Universidad de Puerto Rico, para que, a su vez, diga y haga referencia a la Junta de Gobierno de la Universidad de Puerto Rico.

Sección 3.-Incompatibilidad.

En tanto las disposiciones de esta Ley sean incompatibles con las de alguna otra ley o reglamento, prevalecerán las disposiciones de esta Ley.

Sección 4.-Cláusula de separabilidad.

Si cualquier cláusula, párrafo, subpárrafo, artículo, disposición, sección, inciso o parte de esta Ley fuere declarada inconstitucional por un tribunal competente, la sentencia a tal efecto dictada no afectará, perjudicará ni invalidará el resto de esta Ley. El efecto de dicha sentencia quedará limitado a la cláusula, párrafo, subpárrafo, artículo, disposición, sección, inciso o parte de la misma que así hubiere sido declarada inconstitucional.

Sección 5.-Vigencia.

Esta Ley entrará en vigor inmediatamente después de su aprobación.

**DEPARTAMENTO DE ESTADO**
**Certificaciones, Reglamentos, Registro**
**de Notarios y Venta de Leyes**
**Certifico que es copia fiel y exacta del original**
**Fecha: 33 de abril de 2013**

Firma: _____

**Francisco J. Rodríguez Bernier**
**Secretario Auxiliar de Servicios**