

Fideicomiso del Sistema de Retiro UPR
Junta de Retiro
Universidad de Puerto Rico

9 de septiembre de 2022

<u>VIA CORREO ELECTRONICO</u>
**CPA Ricardo Dalmau Santana** Presidente
**Dr. Jorge Valentín Asencio** Vice Presidente
**Dra. Margarita Villamil Torres** Representante Claustral – Secretaria
**Lcdo. Héctor L. Martínez Valldejuli** Representante de AAFAF
**Lcdo. Eliezer Ramos Parés** Secretario de Educación
**Dra. Mayda Velasco Bonilla**
**Dr. Hermán Cestero Aguilar**
**Ing. Emilio Colón Beltrán**
**Lcdo. Antonio Monroig Malatrassi**
**Dr. Leonardo Valentín González**
**Dra. Eneida Rodríguez Rossy** Representante Claustral
**Sr. Juan José De Jesús Oquendo** Representante Estudiantil – Graduado
**Sr. Delvin Caraballo Rodríguez** Representante Estudiantil – Bachillerato

## ASUNTOS PENDIENTES DE LA TRANSCISION DE LA FIDUCIA

Miembros de la Junta de Gobierno UPR:

Lamentamos mucho la falta de una respuesta de parte de la Junta de Gobierno de la Universidad de Puerto Rico a nuestra última invitación a una reunión. Tristemente denota el pobre temperamento que hemos experimentado de parte de ustedes para con todo este proceso.

Hace ya 114 días desde la vista en el Tribunal de Primera Instancia el pasado 24 de mayo de 2022 los abogados de la Junta de Gobierno y de la Universidad de Puerto Rico se comprometieron ante el Hon. Juez Alfonzo Martínez Piovanetti a fomentar un proceso de diálogo de buena fe entre la Junta de Retiro de la Universidad de Puerto Rico y la Junta de Gobierno de la Universidad de Puerto Rico. Lamentablemente en ustedes no está esa disposición, la percepción de poder y autoritarismo que destilan les nubla ciertamente el juicio.

Estuvimos esperando hasta el pasado 26 de agosto su confirmación a una reunión pautada para el pasado 7 de septiembre de 2022. Nos parece que la percepción de Superioridad y de Poder los lleva a no querer reunirse con una Junta compuesta por trabajadores universitarios de esos a los que ustedes mantienen en condiciones laborales de precariedad con salarios del 1980. Y que procuran proteger de ustedes el beneficio más importante que tiene la institución, su Plan de Benéficos Definidos de Retiro.

Hemos sido pacientes y deferentes en que muestren su buena fe y hasta el día de hoy no vemos un movimiento del cuerpo rector de la UPR en realizar un proceso de transición ordenado de la fiducia del Fideicomiso del Sistema de Retiro de la Universidad de Puerto Rico. Ante los daños que sus desaciertos y laxitud generan en nuestros representados hacemos un llamado urgente una vez más a reunirnos.

En el mejor interés de resolver los asuntos pendientes en favor de los 18,000 participantes activos y jubilados del Fideicomiso del Sistema de Retiro de la Universidad de Puerto Rico. **El Comité Ejecutivo de la Junta de Retiro les convoca a una reunión extraordinaria e invita a los miembros de la Junta de Gobierno a comparecer el miércoles 14 de septiembre de 2022 de 9:00 am - 12:00 am, en el Sistema de Retiro de la Universidad de Puerto Rico, ubicado en la Ave. Ponce de León 1019, Esquina Calle Saldaña, Río Piedras.**

ASUNTO:

Transición ordenada de gestiones pendientes de realizar para viabilizar la Sentencia del Tribunal de Apelaciones del Estado Libre Asociado de Puerto Rico mediante Sentencia en los casos KLCE20190366 y KLAN20190304 que advino final y firme, Mandato del Tribunal Supremo y Resolución del Tribunal de Primera Instancia, Sala de San Juan fechada 17 de diciembre de 2021.

## Junta de Retiro de la Universidad de Puerto Rico
## ASUNTOS PENDIENTES DE LA TRANSCISION DE LA FIDUCIA

Pág. 2

Solicitamos que confirme su participación mediante llamada telefónica ([787]764-5438) o correo electrónico a dflores.ret@upr.edu, en o antes de las 3:00 p.m. del 12 de agosto de 2022.

La Comunidad Universitaria espera,

Cordialmente,

Luis A. Vicenty Santini
Presidente
Junta de Retiro UPR


cce. Miembros de Junta de Retiro-UPR

    Lcda. Cristina Alcaraz Emmanuelli
    Directora Ejecutiva Interina del Sistema de Retiro-UPR
    Correo electrónico: cristina.alcaraz@upr.edu

    Dr. Luis A. Ferrao Delgado
    Presidente de la Universidad de Puerto Rico
    Correo electrónico: presidenteupr@upr.edu