SJ2023CV04406 11/05/2023 05:14:10 pm Entrada Núm. 1 Página 1 de 1



JUNTA DE GOBIERNO
UNIVERSIDAD DE PUERTO RICO

CERTIFICACIÓN NÚMERO 52
2022-2023

Yo, Dra. Margarita E. Villamil Torres, secretaria de la Junta de Gobierno de la Universidad de Puerto Rico, CERTIFICO QUE:

La Junta de Gobierno, en su reunión ordinaria celebrada el 27 de octubre de 2022, previa recomendación del presidente de la Universidad y contando con el endoso del Comité de Asuntos del Sistema de Retiro de la Junta, acordó:

> Dejar sin efecto la Certificación Núm. 106, 2021-2022 y establecer que la nueva fecha de implementación del Plan de Contribución Definida para los empleados nuevos será el 1 de mayo de 2023. A partir del 1 de mayo de 2023 el Plan de Pensiones existente de la UPR estaría cerrado a los nuevos participantes.

Y PARA QUE ASÍ CONSTE, expido la presente Certificación, en San Juan, Puerto Rico, hoy 27 de octubre de 2022.

Dra. Margarita E. Villamil Torres
Secretaria