SJ2023CV04406 11/05/2023 05:31:24 pm Entrada Núm. 2 Página 1 de 3



8 de junio de 2022

Lcdo. Samuel Nales Pérez
Director Ejecutivo
Sistema de Retiro de la Universidad de Puerto Rico
1019 Avenida Ponce de León
Rio Piedras, PR 00925

**Consulta Junta de Retiro – Impacto Plan Aportaciones Definidas e Incumplimiento de Aportaciones por UPR**

Estimado Lcdo. Nales:

A solicitud de la Junta de Retiro en el correo electrónico con fecha del 8 de junio de 2022, escribo para comentar en relación a:

- El impacto al Sistema de Retiro ("Sistema") de la implementación del plan de aportaciones definidas aprobado por la Junta de Gobierno de la Universidad de Puerto Rico (UPR) por la Certificación 77 (2020-2021)

- El impacto al Sistema de Retiro si la UPR no puede pagar las aportaciones anuales que recomiende el actuario.

A continuación mis comentarios en relación a la consulta.

- **El impacto al Sistema de Retiro ("Sistema") de la implementación del plan de aportaciones definidas aprobado por la Junta de Gobierno de la Universidad de Puerto Rico (UPR) por la Certificación 77 (2020-2021)**

La Junta de Gobierno de la UPR por la Certificación 77 (2020-2021) aprobó la implementación de un plan de aportaciones definidas para miembros activos del Sistema con menos de 10 años de

Fase2 C&W, LLC, 1720 Mars Hill Rd, Suite 120-284, Acworth, GA 30101
(678) 983-0903
Josef@Fase2Consulting.com

Case:23-03683-LTS Doc#:16-2 Filed:05/24/23 Entered:05/24/23 23:30:10 Desc:
Appendix Exhibit 2 to Injunction Request Dkt 2-2 Page 2 of 3

SJ2023CV04406 11/05/2023 05:31:24 pm Entrada Núm. 2 Página 2 de 3



Lcdo. Samuel Nales Pérez
8 de junio de 2022

servicios y para miembros nuevos. Bajo el plan nuevo de aportaciones definidas los miembros aportarán 8.5% de su salario y la UPR hará una aportación de pareo de 4.25% de salario, y los miembros con menos de 10 años de servicios podrán transferir sus aportaciones acumuladas en el Sistema de Retiro al plan de aportaciones definidas. El Sistema de Retiro actual se mantendrá para miembros con 10 o más años de servicios sin ningún cambio.

El actuario del Sistema – Cavanaugh Macdonald – preparó un estudio e informó los resultados en relación al impacto del plan de aportaciones definidas en su carta con fecha del 2 de marzo de 2021. El estudio tomó como punto de partida la valuación actuarial del Sistema al 30 de junio de 2019 y asumió que el plan nuevo sería efectivo el 30 de junio de 2021. Discutimos el impacto del plan nuevo en la reunión del 9 de marzo de 2021 con el Retiro "Task Force" de la Junta de Gobierno y la Junta de Retiro. A continuación un resumen del impacto del plan nuevo conforme al estudio de Cavanaugh Macdonald y la presentación al "Task Force".

- Asumimos que los miembros con menos de 10 años de servicios transfieren sus aportaciones acumuladas en el Sistema (aproximadamente $31 millones al 6/30/2021) al plan nuevo de contribución definida.
- Con la implementación del plan nuevo se estima que la obligación actuarial acumulada del Sistema se reduce $39.6 millones de $3,242.7 millones a $3,203.1 millones, o aproximadamente 1%.
- A continuación las aportaciones proyectadas de la UPR bajo (1) el Sistema actual y (2) el Sistema actual para miembros con 10 o más años de servicios y el plan de aportaciones definidas para miembros con menos de 10 años de servicios y miembros nuevos.

**Aportaciones Anuales de la Universidad de Puerto Rico**
**($'s Millones)**

| Año Fiscal | Plan Actual (1) | Plan Aprobado por la Junta de Gobierno (2) | | |
|---|---|---|---|---|
| | | Miembros 10 o Más Años Servicios | Miembros Plan Aportaciones Definidas | Total |
| 2023 | $154 | $154 | $5 | $159 |
| 2024 | $154 | $153 | $6 | $159 |
| 2025 | $153 | $153 | $6 | $159 |
| 2026 | $152 | $152 | $7 | $159 |
| 2027 | $151 | $152 | $7 | $159 |
| 2030 | $148 | $150 | $10 | $160 |
| 2035 | $141 | $147 | $14 | $161 |
| 2040 | $131 | $143 | $18 | $161 |

SJ2023CV04406 11/05/2023 05:31:24 pm Entrada Núm. 2 Página 3 de 3



Lcdo. Samuel Nales Pérez
8 de junio de 2022

- **El impacto al Sistema de Retiro si la UPR no puede pagar las aportaciones anuales que recomiende el actuario.**

De la perspectiva actuarial, la solvencia de un sistema de retiro de beneficios definidos depende de la capacidad y el compromiso de pago por el patrono de las aportaciones requeridas según recomendadas en las evaluaciones actuariales. Si la UPR no puede pagar las aportaciones anuales que recomiende el actuario entonces aumenta el riesgo de la insolvencia del Sistema de Retiro. A la larga si la Universidad no cumple con el pago de las aportaciones requeridas según determinadas por el actuario del Sistema es muy probable que el Sistema llegue a la insolvencia. Por lo tanto, para sostener al Sistema la clave será cumplir con el pago de las aportaciones patronales recomendadas por el actuario.

Favor comunicarse conmigo si tienen cualquier duda o pregunta.

Sinceramente,

José I. Fernández, ASA, EA, MAAA
Actuario Consultor

Clients\UPR RS\General correspondence\Impact DC plan & UPR cont Ret Board request 06.08.22.docx