JUNTA DE GOBIERNO
UNIVERSIDAD DE PUERTO RICO

CERTIFICACIÓN NÚMERO 52
2022-2023

Yo, Dra. Margarita E. Villamil Torres, secretaria de la Junta de Gobierno de la Universidad de Puerto Rico, CERTIFICO QUE:

La Junta de Gobierno, en su reunión ordinaria celebrada el 27 de octubre de 2022, previa recomendación del presidente de la Universidad y contando con el endoso del Comité de Asuntos del Sistema de Retiro de la Junta, acordó:

> Dejar sin efecto la Certificación Núm. 106, 2021-2022 y establecer que la nueva fecha de implementación del Plan de Contribución Definida para los empleados nuevos será el 1 de mayo de 2023. A partir del 1 de mayo de 2023 el Plan de Pensiones existente de la UPR estaría cerrado a los nuevos participantes.

Y PARA QUE ASÍ CONSTE, expido la presente Certificación, en San Juan, Puerto Rico, hoy 27 de octubre de 2022.

Dra. Margarita E. Villamil Torres
Secretaria

PO BOX 23326 SAN JUAN, PUERTO RICO 00931-3326
TEL. (787) 758-3350, FAX (787) 758-7196

**MEMORANDUM**

5 de octubre de 2022

A: Junta de Retiro del Sistema de Retiro de la Universidad de Puerto Rico (Sistema)

De: Jose Fernandez (Fase2 C&W) – Consultor Actuarial al Sistema de Retiro

Comentarios en Relación al Plan de Aportaciones Definidas Aprobado por la Junta de Gobierno de la Universidad de Puerto Rico (UPR)

---

**Impacto Financiero del Plan de Aportaciones Definidas** – en base al estudio preparado por Cavanaugh Macdonald (actuario del Sistema) con fecha del 2 de marzo de 2021 y presentado al "Task Force" de Retiro el 9 de marzo de 2021

- Con la implementación del plan de aportaciones definidas se estima que la obligación actuarial no solventada ("unfunded actuarial liability") del Sistema se reduce aproximadamente $8 millones, o solamente 0.5% del total de la obligación actuarial no solventada.

- Se estima que inicialmente bajo el plan nuevo la aportación de la UPR al Sistema se reduce aproximadamente $700,000 o solamente 0.5% de la aportación total de la UPR.

- Tomando en cuenta la aportación de pareo de la UPR al plan de aportaciones definidas se estima que la aportación de la UPR aumenta $5 millones el primer año después de implementación. Para el año fiscal 2040 se proyecta que la aportación combinada de la UPR al remanente del plan de beneficio definido y al plan nuevo de aportaciones definidas será aproximadamente $30 millones más que la aportación al Sistema actual.

- Después de 20 años se proyecta que el costo total cumulativo del plan de contribuciones definidas será $342 millones más que el costo del Sistema actual.

- Actualmente las aportaciones de los miembros del Sistema con menos de 10 años de servicios (non-vested) es más que el valor del beneficio que reciben esos miembros. El exceso de esa aportación individual es un crédito que reduce la aportación requerida de la UPR. Al trasladar los miembros con menos de 10 años de servicios al plan de contribuciones definidas, el Sistema deja de recibir esas aportaciones y la UPR deja de disfrutar del crédito por las aportaciones en exceso.

- A continuación las aportaciones proyectadas de la UPR bajo (1) el Sistema actual y (2) el Sistema actual para miembros con 10 o más años de servicios y el plan de aportaciones definidas para miembros con menos de 10 años de servicios y miembros nuevos.

**MEMORANDUM**

5 de octubre de 2022

A: Junta de Retiro del Sistema de Retiro de la Universidad de Puerto Rico (Sistema)

De: Jose Fernandez (Fase2 C&W) – Consultor Actuarial al Sistema de Retiro

Comentarios en Relación al Plan de Aportaciones Definidas Aprobado por la Junta de Gobierno de la Universidad de Puerto Rico (UPR)

---

**Aportaciones Anuales de la Universidad de Puerto Rico**
**($'s Millones)**

| Año Fiscal | Plan Actual (1) | Plan Aprobado por la Junta de Gobierno (2) | | |
|---|---|---|---|---|
| | | Miembros 10 o Más Años Servicios | Miembros Plan Aportaciones Definidas | Total |
| 2023 | $154 | $154 | $5 | $159 |
| 2024 | $154 | $153 | $6 | $159 |
| 2025 | $153 | $153 | $6 | $159 |
| 2026 | $152 | $152 | $7 | $159 |
| 2027 | $151 | $152 | $7 | $159 |
| 2030 | $148 | $150 | $10 | $160 |
| 2035 | $141 | $147 | $14 | $161 |
| 2040 | $131 | $143 | $18 | $161 |

- El plan nuevo de contribuciones definidas conlleva gastos administrativos adicionales que no están incluidas en las aportaciones proyectadas de la UPR en la tabla de arriba.

**Otros Impactos del Plan de Aportaciones Definidas**

- En general, un plan de pensiones de beneficio definido (cómo el Sistema actual) es más atractivo para atraer y retener futuros empleados en comparación con un plan de aportaciones definidas.

- El Sistema actual provee beneficios por incapacidad y beneficios por muerte antes de retiro. El plan de aportaciones definidas no provee esos beneficios. La falta de esos beneficios pudiera afectar la competitividad de la UPR para atraer nuevos empleados.

- Habría un costo adicional para la UPR para proporcionar los beneficios por incapacidad y por muerte junto con el plan de contribuciones definidas.