SJ2023CV04406 11/05/2023 05:31:24 pm Entrada Núm. 2 Página 1 de 2



**Contacto: Adalys Bonilla**
787-450-7527
abonilla@becommpr.com
**5 de junio de 2022**

**Junta de Retiro**
**Universidad de Puerto Rico**

### COMUNICADO DE PRENSA

### Firme oposición a cambios anunciados para el retiro de la UPR
*Junta de Retiro de la UPR levanta bandera sobre la credibilidad del fiduciario anunciado para el nuevo sistema de retiro*

La Junta de Retiro de la Universidad de Puerto Rico (JR-UPR) anunció que defenderá el plan de retiro actual de beneficios definidos por encima de un plan de aportación definida, como ha sido la propuesta de la Junta de Gobierno de la UPR tras recibir presiones de la Junta de Supervisión Fiscal (JSF). De igual forma, los fiduciarios del sistema de retiro universitario manifestaron su desconfianza hacia las corporaciones que administrarán ese nuevo plan de retiro, Banco Popular de Puerto Rico y Alight Solutions Caribe, Inc.

"Nos parece un hecho sospechoso que Emilio Colón Beltrán (pasado presidente y miembro activo de la Junta de Gobierno de la UPR) anuncie que el Banco Popular va a ser fiduciario de este nuevo sistema de retiro, junto con Alight Solutions. ¿Cómo es posible que un fiduciario que en días recientes ha sido acusado ante autoridades federales y multado pueda estar gerenciando un sistema de retiro de empleados públicos con dinero de terceros? Nos preocupa cómo esta realidad puede impactar negativamente a los futuros empleados de la UPR ante las dudas que se crean sobre la confiabilidad de estas dos compañías que van a estar trabajando con las inversiones del dinero de nuestros trabajadores", expresó Luis Vicenty Santini, presidente de la JR-UPR.

El funcionario universitario se refirió a información que trascendió en las últimas semanas acerca de una multa de sobre $200,000 que el Departamento del Tesoro de Estados Unidos, a través de la Oficina de Control de Activos Extranjeros, emitió al Banco Popular. La multa fue producto de realizar transacciones con empleados del gobierno venezolano, en violación a las prohibiciones vigentes a esos efectos. Sobre Alight Solutions, recordó que es la compañía que en los últimos años ha administrado el sistema de retiro de los empleados del gobierno de Puerto Rico y ha sido señalada por no contar con el certificado de "Good Standing" que emite el Departamento de Estado.

-SIGUE-

SJ2023CV04406 11/05/2023 05:31:24 pm Entrada Núm. 2 Página 2 de 2

Vicenty Santini denunció, además, que los empleados de la UPR no han sido consultados sobre la deseabilidad de cambiar a otro sistema de retiro. "Una cosa es que los empleados no tengan en este momento derecho a pensión y otra es que se le cambien sus condiciones laborales sin consultarles dicho cambio", sentenció.

Por su parte, el doctor José A. González Taboada, catedrático del Departamento de Administración de Empresas de la UPR en Río Piedras, explicó que "expertos en el tema coinciden en que los planes de beneficios definidos, como el plan actual del Sistema de Retiro de la UPR, tienen ventajas sobre los planes de aportación definida que quieren implantar la Junta de Gobierno de la Universidad y la JSF".

"Lo importante para que el plan de beneficios definidos funcione es que la UPR debe aportar constantemente al plan las cantidades que sus actuarios calculan que son necesarias para mantener su bienestar fiscal a largo plazo. En el pasado, la UPR no lo ha hecho y ahora pretenden subsanar esos errores a costillas de los retirados y los empleados activos. La simplista solución de pasar de un plan de pensiones más eficiente a uno menos eficiente no resolverá cualesquiera problemas que pueda tener nuestro plan. Problemas que son de hechura de la alta gerencia universitaria. Ya en Puerto Rico trataron al implantar en el año 2000 un plan de aportaciones definidas para los empleados del gobierno central y fracasaron rotundamente. Que no se repita la historia", recomendó el catedrático.

Finalmente, Vicenty Santini reiteró el firme apoyo de la JR-UPR al plan actual y dijo que lo defenderán en todos los frentes. "Esperamos que la razón impere, pero advertimos que esta Junta de Retiro defenderá el sistema de beneficios definidos para todos y todas los universitarios y universitarias que hoy cotizan en este sistema. Estaremos dispuestos y dispuestas a defender la universidad contra todo enemigo interior y exterior. Que no le quepa duda a la Junta de Gobierno de que así será", concluyó.

La JR-UPR es el fiduciario oficial del Fideicomiso de Beneficios Definidos del Sistema de Retiro de la UPR. El año pasado, el Sistema de Retiro de la UPR quedó en quinto lugar en retorno de inversiones entre los sistemas públicos de retiro de la nación americana, con una ganancia de sobre $700 millones netos, lo que confirma la buena administración y la efectividad de este sistema de beneficios definidos.

**¡LA LUCHA POR UN MEJOR RETIRO ES DE TODOS!**

###