Case:23-03683-LTS Doc#:21-3 Filed:05/22/23 Entered:05/22/24 Page:1 of 2    Desc:
Appendix Exhibit 10 to Injunction Request Dkt 2-10    Page 1 of 2

SJ2023CV04406 11/05/2023 05:31:24 pm Entrada Núm. 2 Página 1 de 2



JUNTA DE GOBIERNO
UNIVERSIDAD DE PUERTO RICO

PRESIDENTE

8 de marzo de 2023

*Vía correo electrónico*
luis.vicenty@upr.edu

Sr. Luis A. Vicenty Santini
Presidente
Junta de Retiro
Sistema de Retiro
Universidad de Puerto Rico

**CONTESTACIÓN A SOLICITUD DE CESE DE IMPLANTACIÓN DE NUEVO PLAN DE SISTEMA DE RETIRO**

Estimado señor Vicenty Santini:

Confirmo el recibo de su comunicación de 1 de marzo de 2023 sobre el asunto de referencia. En ella, nos manifiesta la posición de la Junta de Retiro sobre el impacto de la implantación del sistema de retiro que tendrán los empleados de nuevo ingreso en el sistema de retiro que opera en la Universidad de Puerto Rico (UPR). Respetuosamente, diferimos de las conclusiones que se plantean en la carta.

La UPR es una entidad cubierta para fines de la Ley PROMESA, por lo que las operaciones fiscales se rigen por el Plan Fiscal para la UPR, según certificado por la Junta de Supervisión Fiscal (JSF) el 27 de mayo de 2021. Dicho plan requiere la implantación de una reforma al sistema de retiro de la UPR, por lo que se recomendó la opción de congelar (*freeze*) el sistema de beneficios definidos, la implantación de un sistema de aportaciones definidas y el recorte de beneficios acumulados. Véase Sección 4.1, Págs. 50-52.

A pesar de lo anterior, y en respuesta a los reclamos de la comunidad universitaria, la Junta de Gobierno de la UPR realizó un esfuerzo para reducir el impacto de la reforma de retiro en nuestros empleados. Como usted reconoce en su comunicación, la Junta de Gobierno determinó limitar la implantación del sistema de aportaciones definidas para los funcionarios de nuevo ingreso a partir de la vigencia de la reforma. Esto para no alterar los beneficios adquiridos por los participantes del sistema de retiro.

Como es de conocimiento público, el presupuesto del Gobierno de Puerto Rico para el año fiscal 2022-2023 transfiere a la UPR la cantidad de $551,614,000 del Fondo General. Véase inciso IV de la Sección 1 del presupuesto certificado por la JSF el 30 de junio de 2022. Además, provee una asignación adicional de $40,000,000 condicionada a la implantación del sistema de retiro de aportaciones definidas para los nuevos empleados de la Universidad y el programa de servicios compartidos. Id, Sección 18(B).

Case:23-00083-LTS Doc#:26-3 Filed:06/24/23 Entered:06/15/23 Page 2 of 20    Desc:
Appendix Exhibit 10 to Injunction Request Dkt 2-10   Page 2 of 2

SJ2023CV04406 11/05/2023 05:31:24 pm Entrada Núm. 2 Página 2 de 2

Sr. Luis A. Vicenty Santini<br>
8 de marzo de 2023<br>
Página 2

Como puede apreciarse, las acciones de la Junta de Gobierno de la UPR no solo han sido dirigidas a proteger los beneficios adquiridos de los empleados de la Universidad, sino que cuentan con el aval de la JSF. Del mismo modo, completar la implantación del sistema de beneficios definidos a los empleados de nuevo ingreso redundará en la inyección de más fondos para las operaciones de la Universidad.

Finalmente, del análisis realizado para la implantación del sistema de retiro de aportaciones definidas para los nuevos empleados, no se ha encontrado disposición legal alguna que sustente el argumento de que la existencia de dos sistemas sea contraria a nuestro ordenamiento jurídico. Como cuestión de hecho, en la Rama Ejecutiva coexisten el sistema de retiro de beneficios definidos y el de aportaciones definidas. Tampoco podemos coincidir en la aseveración de que la implantación de dos sistemas será demasiado costosa, pues la operación del sistema de aportaciones definidas se financia con sus propios ingresos.

Estamos en la mejor disposición de convocar al Comité del Sistema de Retiro para que discuta con la Junta de Retiro los pormenores de la implantación del sistema de aportaciones definidas para los empleados de nuevo ingreso. A nuestro juicio, este ejercicio será beneficioso para todas las partes. Quedamos pendientes a su respuesta a esta invitación.

Cordialmente,

Ricardo Dalmau Santana, CPA

c Comité de Sistema de Retiro