SJ2023CV04406 11/05/2023 05:31:24 pm Entrada Núm. 2 Página 1 de 3

El Presidente
de la
Universidad de
Puerto Rico

24 de junio de 2022

CPA Ricardo Dalmau Santana
Presidente *Pro Tempore*
Junta de Gobierno
Universidad de Puerto Rico
San Juan, Puerto Rico

Estimado señor Presidente:



**TRAMITES A REALIZAR CON RELACION AL PROCESO DE IMPLEMENTACION DEL NUEVO PLAN DE CONTRIBUCION DEFINIDA**

El pasado 2 de junio de 2022 se firmó el contrato entre la compañía *Aligth Solutions* y la Universidad de Puerto Rico (UPR). Esta compañía ofrecerá servicios administrativos, mediante su plataforma, para el Plan de Contribución Definida de la UPR. La Certificación Núm. 106 (2021-2022) de la Junta de Gobierno (JG), establece que el plan de pensiones existente de la Universidad estaría cerrado a los nuevos miembros a partir del 31 de octubre de 2022, esto en referencia a los participantes sin derecho adquirido (*non-vested*) y los nuevos empleados. Para cumplir con esta fecha sugerimos que el Comité de Asuntos del Sistema de Retiro de la JG, defina las normativas sobre la implementación del Plan de Contribución Definida. Para ello se debe considerar:

- Establecer si la implementación se llevará a cabo según establecido por la Certificación Núm. 106 (2021-2022) con los *non-vested* y nuevos empleados; o si se dividirá en varias fases, dando inicio solo con los nuevos empleados.

- Comenzar con los *non-vested*. Esto requiere que el Sistema de Retiro provea la lista de los participantes bajo esta categoría.

- Iniciar un plan de comunicación interna y externa en colaboración con el equipo de *Strategic Minds*, consultores del área de comunicaciones, para informar a la comunidad el estatus de este proceso y los planes futuros.

Dentro de los trámites realizados para dar continuidad a esta encomienda se ha llevado a cabo lo siguiente:

- La Oficial Ejecutivo de Beneficios y Enlace con el Personal, adscrita a la Oficina de Recursos Humanos, ha sido enlace entre el equipo de implementación, los contratistas y la Presidencia. Como parte de los logros alcanzados se desarrolló una presentación y metodología para la Fase I del Programa de Educación Financiera al Empleado en colaboración con el equipo de *Strategic Minds*. Esto como parte de la iniciativa de capacitación y desarrollo, cumpliendo con el compromiso de proveer herramientas a los empleados para comprender el tema de

Administracion Central
Jardín Botánico Sur
1187 Calle Flamboyán
San Juan, Puerto Rico
00926-117
(787) 250-0000
Fax (787) 250-6120

Patrono con Igualdad de Oportunidades en el Empleo M/M/V/I

Case:23-03683-LTS Doc:326-3 Filed:06/24/23 Entered:06/15/24 Page:3 of 30    Desc:
Appendix Exhibit 13 to Injunction Request Dkt 2-13   Page 2 of 3

SJ2023CV04406 11/05/2023 05:31:24 pm Entrada Núm. 2 Página 2 de 3

CPA Ricardo Dalmau Santana
Página 2 de 3
24 de junio de 2022

finanzas personales, y cómo prepararse económicamente de forma efectiva para la etapa de jubilación. Esta primera fase de inducción educativa será el preámbulo al inicio del nuevo sistema de contribución. Mediante esta actividad se busca impactar a los empleados de la Universidad en un término de 90 días. El material se presentó ante la consideración del Comité de Asuntos del Sistema de Retiro el pasado 23 de mayo de 2022. Es importante contar con la aprobación de este cuerpo para llevar a cabo esta actividad.

- Se preparó un borrador de comunicación a los rectores para identificar en cada una de las 11 unidades institucionales, un funcionario administrativo que sirva de enlace con los funcionarios de la Administración Central para facilitar el proceso de inducción al nuevo Plan de Contribución Definida.

Por otro lado, junto al equipo de la Oficina Central de Sistemas de Información, se completaron los siguientes trámites dentro del proceso:

- Configuración de los elementos de descuento y pareo; y se confirmó su función hasta llegar a la W-2 y la parte contable.

- Configuración del elemento de préstamo y se confirmó su función.

- Se generó una muestra de los archivos de intercambio de información entre *Alight Solutions* y la Oficina Central de Sistemas de Información y fueron sometidos para revisión de *Alight Solutions*.

Se está coordinando una reunión con *Aligth Solutions*, el equipo de *Cedrela* y la Oficial Ejecutivo de Beneficios y Enlace con el Personal, para repasar el plan de trabajo previamente establecido y recoger las recomendaciones de los miembros del equipo. Para ejecutar y alcanzar los objetivos establecidos del plan de trabajo, es importante que la Oficial Ejecutivo pueda llevar a cabo las siguientes iniciativas:

- Recibir el adiestramiento necesario para fungir con excelencia como enlace entre la Oficina Central de Recursos Humanos y las instituciones financieras a cargo del manejo del Plan de Contribución Definida.

- Con el apoyo de las compañías antes mencionadas, la capacitación, desarrollar e implementar procedimientos para llevar a cabo un programa educativo y de orientación a toda la matrícula participante del Plan de Contribución Definida y las unidades relacionadas.

- Con la experiencia de las compañías contratadas, organizar una estructura administrativa para asesorar y orientar al personal de Recursos Humanos de las unidades, sobre las normas y procedimientos relacionados al Plan de Contribución Definida de la Universidad.

CPA Ricardo Dalmau Santana
Página 3 de 3
24 de junio de 2022

Para llevar a cabo las gestiones mencionadas, en beneficio de los empleados afectados, resulta indispensable que se puedan atender y considerar todos los trámites indicados en esta comunicación.

De requerir información adicional, estamos a sus órdenes.

Cordialmente,

Mayra Olavarría Cruz, Ph.D.
Presidenta Interina