CERTIFIED TRANSLATION

SJ2023CV04406  05/22/2023 05:03:56 pm  Entry No. 12  Page 1 de 1

**Exhibit IV**

[seal:] *UNIVERSITY OF PUERTO RICO; 1903*
GOVERNING BOARD
UNIVERSITY OF PUERTO RICO

CERTIFICATION NUMBER 142
2022-2023

I, Dr. Margarita E. Villamil Torres, secretary of the Governing Board of the University of Puerto Rico, hereby CERTIFY THAT:

The Governing Board, by way of a referendum held on May 4 through 5, 2023, with the prior recommendation of the Board Committee on Affairs of the Retirement System, agreed:

> To amend Certification No. 52 (2022-2023) establishing that the new implementation date of the Defined Contribution Plan for new employees shall be May 31, 2023.
>
> As of May 31, 2023, the existing Pension Plan of the University of Puerto Rico shall be closed to new participants.

AND FOR THE RECORD, I hereby issue this Certification, in San Juan, Puerto Rico, today, May 8, 2023.

[seal:] *UNIVERSITY OF PUERTO RICO; 1903*          [signature]
                                                   Margarita E. Villamil Torres
                                                            Secretary

PO BOX 23326 SAN JUAN, PUERTO RICO 00931-3326
TEL. (787) 758-7196



I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.