SJ2023CV04406 16/05/2023 04:57:48 pm Entrada Núm. 10 Página 1 de 18
Case: 23-01505-ESL Doc#: 526-1 Filed: 05/23/23 Entered: 05/23/24 Page 1 of 18
Appendix Informative Motion Dkt 10   Page 1 of 18
SJ2023CV04406 15/05/2023 10:09:04 a.m. Página 1 de 6
SJ2023CV04406 12/05/2023 06:00:41 pm Entrada Núm. 7 Página 1 de 2





Estado Libre Asociado de Puerto Rico
**TRIBUNAL GENERAL DE JUSTICIA**
**Tribunal de Primera Instancia**
Sala ☑ Superior ☐ Municipal de SAN JUAN

| SISTEMA DE RETIRO DE LA UNIVERSIDAD DE PUERTO RICO | CASO NÚM. SJ2023CV04406 |
|---|---|
| Nombre de la(s) Parte(s) Demandante(s) | |
| v. | Salón Núm. _____ |
| UNIVERSIDAD DE PUERTO RICO | Acción Civil de: INTERDICTO PRELIMINAR |
| Nombre de la(s) Parte(s) Demandada(s) | Materia o Asunto |

## EMPLAZAMIENTO

ESTADOS UNIDOS DE AMERICA, SS
EL PRESIDENTE DE LOS ESTADOS UNIDOS
EL ESTADO LIBRE ASOCIADO DE PUERTO RICO

A: UNIVERSIDAD DE PUERTO RICO
Nombre de la parte demandada que se emplaza
Calle Flamboyán, Jardín Botánico Sur, San Juan, Puerto Rico 00926
Dirección de la parte demandada que se emplaza

POR LA PRESENTE se le emplaza para que presente al tribunal su alegación responsiva dentro de los __60__ días de haber sido diligenciado este emplazamiento, excluyéndose el día del diligenciamiento. Usted deberá presentar su alegación responsiva a través del Sistema Unificado de Manejo y Administración de Casos (SUMAC), al cual puede acceder utilizando la siguiente dirección electrónica: https://unired.ramajudicial.pr, salvo que se represente por derecho propio, en cuyo caso deberá presentar su alegación responsiva en la secretaría del tribunal. Si usted deja de presentar su alegación responsiva dentro del referido término, el tribunal podrá dictar sentencia en rebeldía en su contra y conceder el remedio solicitado en la demanda, o cualquier otro, si el tribunal, en el ejercicio de su sana discreción, lo entiende procedente.

Rolando Emmanuelli Jiménez
Nombre del (de la) abogado(a) de la parte demandante, o de la parte, si no tiene representación legal

8509
Número ante el Tribunal Supremo, si es abogado(a)

PO Box 10779
Ponce, PR 00732
Dirección

787-848-0666
Número de teléfono; número de fax

rolando@emmanuelli.law
Correo electrónico

Expedido bajo mi firma y sello del Tribunal, el __15__ de __mayo__ de __2023__

GRISELDA RODRIGUEZ COLLADO
SECRETARIA REGIONAL
Nombre del (de la)
Secretario(a) Regional

Por: _Yesenia Camilo Nieves_
Nombre y Firma del (de la)
Secretario(a) Auxiliar del Tribunal

K098

OAT 1721 Emplazamiento (SUMAC)
(Rev. Mayo 2018)
Reglas de Procedimiento Civil de 2009, según enmendadas

Página 1 de 2

SJ2023CV04406 16/05/2023 04:57:48 pm Entrada Núm. 10 Página 2 de 18
Case:23-00653-LTS Doc#:20-5 Filed:05/24/23 Entered:05/24/23 02:30:16 Desc:
Appendix Informative Motion Dkt 10 Page 2 of 18
SJ2023CV04406 12/05/2023 06:00:41 pm Entrada Núm. 7 Página 2 de 2

Caso Núm. _____

### CERTIFICADO DE DILIGENCIAMIENTO POR EL (LA) ALGUACIL

Yo _____ Alguacil del Tribunal de Primera Instancia de Puerto Rico, Sala de _____.

CERTIFICO que el diligenciamiento del emplazamiento y de la demanda del caso de referencia fue realizada por mí, el ___ de _____ de _____, a las _____ ☐ am ☐ pm, de la siguiente forma:

☐ Mediante entrega personal a la parte demandada en la siguiente dirección física: _____

☐ Accesible en la inmediata presencia de la parte demandada en la siguiente dirección física: _____

☐ Dejando copia de los documentos a un(a) agente autorizado(a) por la parte demandada o designada por ley para recibir emplazamientos en la siguiente dirección física: _____

☐ No se pudo diligenciar el emplazamiento personalmente debido a que: _____

En _____, Puerto Rico, el ___ de _____ de _____.

_____    _____
Nombre del (de la) Alguacil Regional    Nombre del (de la) Alguacil de Primera Instancia y Número de Placa

Nota: Solo entrega Orden y citación

_____
Firma del (de la) Alguacil de Primera Instancia

### DILIGENCIAMIENTO DEL EMPLAZAMIENTO POR PERSONA PARTICULAR

Yo, Edwin Carballo Tolosa, declaro tener capacidad legal conforme la Regla 4.3 de Procedimiento Civil de Puerto Rico, y certifico que el diligenciamiento del emplazamiento y de la demanda del caso de referencia fue realizado por mí, el 16 de Mayo de 2023, de la siguiente forma:

☐ Mediante entrega personal a la parte demandada en la siguiente dirección física: _____

☒ Accesible en la inmediata presencia de la parte demandada en la siguiente dirección física: p/c Sarai Rodriguez Legal Division

☐ Dejando copia de los documentos a un(a) agente autorizado(a) por la parte demandada o designada por ley para recibir emplazamientos en la siguiente dirección física: Calle Flamboyan, Jardin Botanico Sur San Juan P.R.

☐ No se pudo diligenciar el emplazamiento personalmente debido a que: _____

### COSTOS DEL DILIGENCIAMIENTO
$ _____

### DECLARACIÓN DEL (DE LA) EMPLAZADOR(A)

Declaro bajo pena de perjurio, conforme a las leyes del Estado Libre Asociado de Puerto Rico, que la información provista en el diligenciamiento del emplazamiento es verdadera y correcta.

Y PARA QUE ASÍ CONSTE, suscribo la presente en Ponce, Puerto Rico, el 16 de Mayo de 2023.

_____    Ponce Diez P.R.
Firma del (de la) emplazador(a)    Dirección del (de la) emplazador(a)

AFFIDÁVIT NÚM. _____ [en caso de ser juramentado ante un(a) notario(a)]

Jurado(a) y suscrito(a) ante mí por Edwin Carballo Tolosa, de las circunstancias personales anteriormente mencionadas, a quien doy fe de conocer #Lic 4223715
(conocimiento personal o, en su defecto, la acreditación del medio supletorio provisto por la Ley Notarial)

En Ponce, Puerto Rico, el 16 de Mayo de 2023.

Carmen G. Titú Quiñones
Nombre del (de la) Notario(a) o Secretario(a) Regional

Por: _____
Nombre y Firma del (de la) Secretario(a) Auxiliar del Tribunal
Luz Romero Bonilla
Secretaria Auxiliar

OAT 1721 E (Rev. Mayo Reglas de P)    Página 2 de 2

Sello
5120
05/16/2023
$5.00
Sello de Rentas Internas
80004-2023-0516-84376005

80004-2023-0516-84376005
$5-

SJ2023CV04406 16/05/2023 04:57:48 pm Entrada Núm. 10 Página 3 de 18
Case:23-03088-EAG Doc#:2-5 Filed:05/23/23 Entered:05/23/24 Page:3 of 18 Desc:
Appendix Informative Motion Dkt 10   Page 3 of 18
SJ2023CV04406 15/05/2023 10:09:04 a.m. Página 5 de 6

SJ2023CV04406 12/05/2023 06:00:41 pm Entrada Núm. 7 Página 1 de 2





Estado Libre Asociado de Puerto Rico
TRIBUNAL GENERAL DE JUSTICIA
**Tribunal de Primera Instancia**
Sala ☑ Superior ☐ Municipal de SAN JUAN

| SISTEMA DE RETIRO DE LA UNIVERSIDAD DE PUERTO RICO | CASO NÚM. SJ2023CV04406 |
|---|---|
| Nombre de la(s) Parte(s) Demandante(s) | |
| v. | Salón Núm. |
| UNIVERSIDAD DE PUERTO RICO | Acción Civil de: INTERDICTO PRELIMINAR |
| Nombre de la(s) Parte(s) Demandada(s) | Materia o Asunto |

## EMPLAZAMIENTO

ESTADOS UNIDOS DE AMERICA, SS
EL PRESIDENTE DE LOS ESTADOS UNIDOS
EL ESTADO LIBRE ASOCIADO DE PUERTO RICO

A: CPA RICARDO DALMAU SANTANA
Nombre de la parte demandada que se emplaza
Calle Flamboyán, Jardín Botánico Sur, San Juan, Puerto Rico 00926

Dirección de la parte demandada que se emplaza

POR LA PRESENTE se le emplaza para que presente al tribunal su alegación responsiva dentro de los __60__ días de haber sido diligenciado este emplazamiento, excluyéndose el día del diligenciamiento. Usted deberá presentar su alegación responsiva a través del Sistema Unificado de Manejo y Administración de Casos (SUMAC), al cual puede acceder utilizando la siguiente dirección electrónica: https://unired.ramajudicial.pr, salvo que se represente por derecho propio, en cuyo caso deberá presentar su alegación responsiva en la secretaría del tribunal. Si usted deja de presentar su alegación responsiva dentro del referido término, el tribunal podrá dictar sentencia en rebeldía en su contra y conceder el remedio solicitado en la demanda, o cualquier otro, si el tribunal, en el ejercicio de su sana discreción, lo entiende procedente.

Rolando Emmanuelli Jiménez
Nombre del (de la) abogado(a) de la parte demandante, o de la parte, si no tiene representación legal

8509
Número ante el Tribunal Supremo, si es abogado(a)

PO Box 10779
Ponce, PR 00732

Dirección

787-848-0666
Número de teléfono; número de fax

rolando@emmanuelli.law
Correo electrónico

Expedido bajo mi firma y sello del Tribunal, el __15__ de __Mayo__ de __2023__.

GRISELDA RODRIGUEZ COLLADO
SECRETARIA REGIONAL
Nombre del (de la)
Secretario(a) Regional

Por: _Yesenia Camilo Nieves/y_
Nombre y Firma del (de la)
Secretario(a) Auxiliar del Tribunal

OAT 1721 Emplazamiento (SUMAC)
(Rev. Mayo 2018)
Reglas de Procedimiento Civil de 2009, según enmendadas

Página 1 de 2

Case:23-06653-LSB Doc:10-1 Filed:05/24/23 Entered:05/24/23 00:00:00 Desc:
Appendix Informative Motion Dkt 10    Page 4 of 18

SJ2023CV04406 16/05/2023 04:57:48 pm Entrada Núm. 10 Página 4 de 18

SJ2023CV04406 12/05/2023 06:00:41 pm Entrada Núm. 7 Página 2 de 2

Caso Núm. _____

## CERTIFICADO DE DILIGENCIAMIENTO POR EL (LA) ALGUACIL

Yo _____ Alguacil del Tribunal de Primera Instancia de Puerto Rico, Sala de _____.

CERTIFICO que el diligenciamiento del emplazamiento y de la demanda del caso de referencia fue realizada por mí, el ____ de _____ de _____, a las _____ ☐ am ☐ pm, de la siguiente forma:

☐ Mediante entrega personal a la parte demandada en la siguiente dirección física: _____

☐ Accesible en la inmediata presencia de la parte demandada en la siguiente dirección física: _____

☐ Dejando copia de los documentos a un(a) agente autorizado(a) por la parte demandada o designada por ley para recibir emplazamientos en la siguiente dirección física: _____

☐ No se pudo diligenciar el emplazamiento personalmente debido a que: _____

En _____, Puerto Rico, el ____ de _____ de _____.

_____   _____
Nombre del (de la) Alguacil Regional   Nombre del (de la) Alguacil de Primera Instancia y Número de Placa

Nota: Sele entrega Orden y Citacion

_____
Firma del (de la) Alguacil de Primera Instancia

## DILIGENCIAMIENTO DEL EMPLAZAMIENTO POR PERSONA PARTICULAR

Yo, Edwin Caraballo Tolosa, declaro tener capacidad legal conforme la Regla 4.3 de Procedimiento Civil de Puerto Rico, y certifico que el diligenciamiento del emplazamiento y de la demanda del caso de referencia fue realizado por mí, el ____ de Mayo de 2023, de la siguiente forma:

☐ Mediante entrega personal a la parte demandada en la siguiente dirección física: _____

☐ Accesible en la inmediata presencia de la parte demandada en la siguiente dirección física: P/C Milisa Reyes Asesora legal de la Junta

☒ Dejando copia de los documentos a un(a) agente autorizado(a) por la parte demandada o designada por ley para recibir emplazamientos en la siguiente dirección física: C/ Flamboyan Jardin Botanico Sur, San Juan P.R. Universidad de P.R.

☐ No se pudo diligenciar el emplazamiento personalmente debido a que: _____

## COSTOS DEL DILIGENCIAMIENTO

$ _____

## DECLARACIÓN DEL (DE LA) EMPLAZADOR(A)

Declaro bajo pena de perjurio, conforme a las leyes del Estado Libre Asociado de Puerto Rico, que la información provista en el diligenciamiento del emplazamiento es verdadera y correcta.

Y PARA QUE ASÍ CONSTE, suscribo la presente en Ponce, Puerto Rico, el 16 de Mayo de 2023.

_____   Juana Diaz P.R. 00795
Firma del (de la) emplazador(a)   Dirección del (de la) emplazador(a)

AFFIDÁVIT NÚM. _____ [en caso de ser juramentado ante un(a) notario(a)]

Jurado(a) y suscrito(a) ante mí por Edwin Caraballo Tolosa, de las circunstancias personales anteriormente mencionadas, a quien doy fe de conocer # Lic. 4223715
(conocimiento personal o, en su defecto, la acreditación del medio supletorio provisto por la Ley Notarial)

En Ponce, Puerto Rico, el 16 de Mayo de 2023.

_____
Nombre del (de la) Notario(a) o Secretario(a) Regional

Por: _____
Nombre y Firma del (de la) Secretario(a) Auxiliar del Tribunal

Página 2 de 2

Sello MAY 2023
1U22-00788689
5120
05/16/2023
$5.00
Sello de Rentas Internas
80004-2023-0516-84376018

Recibido por: _____
Fecha: 16 Mayo 2023

80004-2023-0516-84376018
$5-

SJ2023CV04406 16/05/2023 04:57:48 pm Entrada Núm. 10 Página 5 de 18
Case:23-03655-EAG11 Doc#:20-1 Filed:05/23/23 Entered:05/23/24 23:53:10 Desc:
Appendix Informative Motion Dkt 10 Page 5 of 18
SJ2023CV04406 15/05/2023 10:09:04 a.m. Página 3 de 6
SJ2023CV04406 12/05/2023 06:00:41 pm Entrada Núm. 7 Página 1 de 2



Estado Libre Asociado de Puerto Rico
TRIBUNAL GENERAL DE JUSTICIA
**Tribunal de Primera Instancia**
Sala ☑ Superior ☐ Municipal de SAN JUAN

| SISTEMA DE RETIRO DE LA UNIVERSIDAD DE PUERTO RICO |
|---|
| Nombre de la(s) Parte(s) Demandante(s) |

v.

| UNIVERSIDAD DE PUERTO RICO |
|---|
| Nombre de la(s) Parte(s) Demandada(s) |

CASO NÚM. SJ2023CV04406

Salón Núm. _____

Acción Civil de: INTERDICTO PRELIMINAR
Materia o Asunto

## EMPLAZAMIENTO

ESTADOS UNIDOS DE AMERICA, SS
EL PRESIDENTE DE LOS ESTADOS UNIDOS
EL ESTADO LIBRE ASOCIADO DE PUERTO RICO

A: JUNTA DE GOBIERNO DE LA UNIVERSIDAD DE PUERTO RICO
Nombre de la parte demandada que se emplaza
Calle Flamboyán, Jardín Botánico Sur, San Juan, Puerto Rico 00926
Dirección de la parte demandada que se emplaza

POR LA PRESENTE se le emplaza para que presente al tribunal su alegación responsiva dentro de los __60__ días de haber sido diligenciado este emplazamiento, excluyéndose el día del diligenciamiento. Usted deberá presentar su alegación responsiva a través del Sistema Unificado de Manejo y Administración de Casos (SUMAC), al cual puede acceder utilizando la siguiente dirección electrónica: https://unired.ramajudicial.pr, salvo que se represente por derecho propio, en cuyo caso deberá presentar su alegación responsiva en la secretaría del tribunal. Si usted deja de presentar su alegación responsiva dentro del referido término, el tribunal podrá dictar sentencia en rebeldía en su contra y conceder el remedio solicitado en la demanda, o cualquier otro, si el tribunal, en el ejercicio de su sana discreción, lo entiende procedente.

Rolando Emmanuelli Jiménez
Nombre del (de la) abogado(a) de la parte demandante, o de la parte,
si no tiene representación legal

8509
Número ante el Tribunal Supremo, si es abogado(a)

PO Box 10779
Ponce, PR 00732
Dirección

787-848-0666
Número de teléfono; número de fax

rolando@emmanuelli.law
Correo electrónico

Expedido bajo mi firma y sello del Tribunal, el __15__ de __mayo__ de __2023__.

GRISELDA RODRIGUEZ COLLADO
SECRETARIA REGIONAL
Nombre del (de la) Secretario(a) Regional

Por: _____
Nombre y Firma del (de la) Secretario(a) Auxiliar del Tribunal

OAT 1721 Emplazamiento (SUMAC)
(Rev. Mayo 2018)
Reglas de Procedimiento Civil de 2009, según enmendadas

Página 1 de 2

SJ2023CV04406 16/05/2023 04:57:48 pm Entrada Núm. 10 Página 6 de 18
Case:23-03535-EAG Doc#:20-1 Filed:05/23/23 Entered:05/23/23 15:50:16 Desc:
Appendix Informative Motion Dkt 10 Page 6 of 18

SJ2023CV04406 12/05/2023 06:00:41 pm Entrada Núm. 7 Página 2 de 2

Caso Núm. _____

## CERTIFICADO DE DILIGENCIAMIENTO POR EL (LA) ALGUACIL

Yo _____, Alguacil del Tribunal de Primera Instancia de Puerto Rico, Sala de _____.

CERTIFICO que el diligenciamiento del emplazamiento y de la demanda del caso de referencia fue realizada por mí, el ____ de _____ de ____, a las _____ ☐ am ☐ pm, de la siguiente forma:

☐ Mediante entrega personal a la parte demandada en la siguiente dirección física: _____

☐ Accesible en la inmediata presencia de la parte demandada en la siguiente dirección física: _____

☐ Dejando copia de los documentos a un(a) agente autorizado(a) por la parte demandada o designada por ley para recibir emplazamientos en la siguiente dirección física: _____

☐ No se pudo diligenciar el emplazamiento personalmente debido a que: _____

En _____, Puerto Rico, el ____ de _____ de ____.

Nota: Sele entrega orden y citación

Nombre del (de la) Alguacil Regional / Nombre del (de la) Alguacil de Primera Instancia y Número de Placa

Firma del (de la) Alguacil de Primera Instancia

## DILIGENCIAMIENTO DEL EMPLAZAMIENTO POR PERSONA PARTICULAR

Yo **Edwin Caraballo Tolosa**, declaro tener capacidad legal conforme la Regla 4.3 de Procedimiento Civil de Puerto Rico, y certifico que el diligenciamiento del emplazamiento y de la demanda del caso de referencia fue realizado por mí, el ____ de **Mayo** de **2023**, de la siguiente forma:

☐ Mediante entrega personal a la parte demandada en la siguiente dirección física:

☒ Accesible en la inmediata presencia de la parte demandada en la siguiente dirección física: **Plc Melisa Reyes Asesora legal de la Junta**

☐ Dejando copia de los documentos a un(a) agente autorizado(a) por la parte demandada o designada por ley para recibir emplazamientos en la siguiente dirección física: **C/ Flamboyan Jardin Botanico Sur San Juan P.R.**

☐ No se pudo diligenciar el emplazamiento personalmente debido a que: **Universidad de P.R.**

## COSTOS DEL DILIGENCIAMIENTO

$ _____

## DECLARACIÓN DEL (DE LA) EMPLAZADOR(A)

Declaro bajo pena de perjurio, conforme a las leyes del Estado Libre Asociado de Puerto Rico, que la información provista en el diligenciamiento del emplazamiento es verdadera y correcta. Y PARA QUE ASÍ CONSTE, suscribo la presente en **Ponce**, Puerto Rico, el **16** de **Mayo** de **2023**.

Firma del (de la) emplazador(a) / Dirección del (de la) emplazador(a): **Juana Diaz P.R. 00795**

AFFIDÁVIT NÚM. _____ [en caso de ser juramentado ante un(a) notario(a)]

Jurado(a) y suscrito(a) ante mí por **Edwin Caraballo Tolosa** de las circunstancias personales anteriormente mencionadas, a quien doy fe de conocer **# Lic 4223715**
(conocimiento personal o, en su defecto, la acreditación del medio supletorio provisto por la Ley Notarial)

En **Ponce**, Puerto Rico, el **16** de **Mayo** de **2023**.

Nombre del (de la) Notario(a) o Secretario(a) Regional

Por: _____
Nombre y Firma del (de la) Secretario(a) Auxiliar del Tribunal

Luz S. Cordero Bonilla
Secretaria Auxiliar
Página 2 de 2

Sello
1U22-00789688
5120
05/16/2023
$5.00
Sello de Rentas Internas
80004-2023-0516-84376026

Recibido por: _____
Fecha: 16 mayo 2023

80004-2023-0516-84376026

Case: 23-00633-EAG20 Doc#: 20-5 Filed: 05/24/23 Entered: 05/24/23 15:50:08 Desc:
Appendix Informative Motion Ctr 10 Page 7 of 18

SJ2023CV04406 16/05/2023 04:57:48 pm Entrada Núm. 19 Página 7 de 18

ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL GENERAL DE JUSTICIA
TRIBUNAL DE PRIMERA INSTANCIA
CENTRO JUDICIAL DE San Juan
SALA SUPERIOR DE San Juan

| SISTEMA DE RETIRO DE LA UNIVERSIDAD DE PUERTO RICO Y OTROS | CASO NÚM. | SJ2023CV04406 (SALÓN 907) |
|---|---|---|
| VS | | |
| UNIVERSIDAD DE PUERTO RICO Y OTROS | SOBRE: | SENTENCIA DECLARATORIA |

## NOTIFICACIÓN

A: JESSICA ESTHER MÉNDEZ COLBERG
JESSICA@EMMANUELLI.LAW

RAFAEL MALDONADO PEREZ
RMALDONADOLAW@GMAIL.COM

ROLANDO EMMANUELLI JIMÉNEZ
ROLANDO@EMMANUELLI.LAW

ZOÉ CRISTINA NEGRÓN COMAS
ZOE@EMMANUELLI.LAW

El (La) Secretario(a) que suscribe certifica y notifica a usted que con relación al(a la) OTRAS [2] este Tribunal emitió una ORDEN el 12 de mayo de 2023.

Se aneja copia o incluye enlace:

Presione aquí para acceder al documento electrónico objeto de esta notificación. [5]

SE LE ADVIERTE que al ser una parte o su representante legal en el caso sujeto a esta ORDEN, usted puede presentar un recurso de apelación, revisión o certiorari de conformidad con el procedimiento y en el término establecido por ley, regla o reglamento.

CERTIFICO que la determinación emitida por el Tribunal fue debidamente registrada y archivada hoy 12 de mayo de 2023, y que se envió copia de esta notificación a las personas antes indicadas, a sus direcciones registradas en el caso conforme a la normativa aplicable. En esta misma fecha fue archivada en autos copia de esta notificación.

En San Juan, Puerto Rico, a 12 de mayo de 2023.

| GRISELDA RODRIGUEZ COLLADO | Por: | f/VANESSA NIEVES MORALES |
|---|---|---|
| Nombre del (de la) Secretario(a) Regional | | Nombre y Firma del (de la) Secretario(a) Auxiliar del Tribunal |

Case: 23-00635-EAG v Doc#: 1-5 Filed: 05/24/23 Entered: 05/24/23 15:50:16 Desc: Appendix Informative Motion Dkt 10 Page 8 of 18

SJ2023CV04406 16/05/2023 04:57:48 pm Entrada Núm. 10 Página 8 de 18

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**TRIBUNAL GENERAL DE JUSTICIA**
**TRIBUNAL DE PRIMERA INSTANCIA**
**SALA DE SAN JUAN**

| | |
|---|---|
| SISTEMA DE RETIRO DE LA UNIVERSIDAD DE PUERTO RICO POR CONDUCTO DE LA JUNTA DE RETIRO DE LA UNIVERSIDAD DE PUERTO RICO<br><br>**PARTE DEMANDANTE**<br><br>v.<br><br>UNIVERSIDAD DE PUERTO RICO POR CONDUCTO DE LA JUNTA DE GOBIERNO DE LA UNIVERSIDAD DE PUERTO RICO; CPA RICARDO DALMAU SANTANA, PRESIDENTE DE LA JUNTA DE GOBIERNO DE LA UNIVERSIDAD DE PUERTO RICO; ENTIDAD XYZ<br><br>**PARTE DEMANDADA** | **CIVIL NÚM.:** SJ2023CV04406<br><br>**SALÓN DE SESIONES:** 907<br><br>**SOBRE:** INJUNCTION PRELIMINAR Y PERMANENTE; SENTENCIA DECLARATORIA |

## ORDEN Y CITACIÓN

Evaluadas la *Demanda y Petición de Interdicto Permanente y Sentencia Declaratoria* y la *Solicitud de Interdicto Preliminar*[1] que presentó el Sistema de Retiro de la Universidad de Puerto Rico por conducto de la Junta de Retiro y en atención a lo dispuesto en la Regla 57 de Procedimiento Civil, 32 LPRA Ap. V, el Tribunal señala una **vista** para el **jueves, 25 de mayo de 2023 a las 9:30 a.m. en el Salón de Sesiones 907 del Centro Judicial de San Juan**. En dicha vista se dilucidará si procede la concesión del remedio de *injunction* preliminar solicitado, la cual podrá consolidarse con el juicio en sus méritos.

A la referida vista, **las partes comparecerán preparadas** para:

1. Exponer de forma breve y precisa los hechos pertinentes en los cuales basa su razón de pedir, negar o intervenir.
2. Formalizar estipulaciones de hechos y de documentos.
3. Discutir su teoría legal y cualquier moción dispositiva pendiente.
4. De existir hechos en controversia, las partes deberán comparecer preparadas para la celebración de una vista evidenciaria en esa misma fecha.
5. Consecuentemente, las partes deberán anunciar cualquier prueba testifical y/o documental que se propongan a presentar en evidencia mediante una moción al expediente presentada previo al señalamiento, so pena de que quede renunciada. La prueba documental deberá ser cargada mediante anejos separados e independientes, debidamente enumerados.

La parte demandante notificará personalmente esta ORDEN Y CITACIÓN a la parte demandada, junto con copia de la demanda, sus anejos y del emplazamiento de conformidad con

---

[1] La demanda y petición de epígrafe se presentó el 11 de mayo de 2023. No obstante, se aclara que el presente caso fue asignado a este Salón de Sesiones hoy, 12 de mayo de 2023, a las 4:35 p.m.

la Regla 4.4 de las de Procedimiento Civil, *supra*. **La parte demandante deberá acreditar al Tribunal el diligenciamiento personal de estos documentos <u>en o antes del miércoles, 17 de mayo de 2023.</u>**

Por otra parte, y en atención a las disposiciones de la Regla 68.2 de Procedimiento Civil, *supra*, se acorta el término que de otro modo tendría la **parte demandada** para **contestar la demanda por el Sistema Unificado de Manejo y Administración de Casos (SUMAC) en o antes del <u>lunes, 22 de mayo de 2023.</u>**[2]

Por último, se apercibe a la parte demandada que de no comparecer a la vista señalada sin excusa previa, y de no haber presentado oportunamente una moción escrita para exponer cualquier situación meritoria en relación con la presente Orden y Citación, este Tribunal considerará su incomparecencia como su aceptación de los hechos alegados en la demanda y al remedio solicitado, pudiendo dictar la sentencia o resolución que corresponda, lo que podría incluir una orden de *injunction*, sin más citarle ni oírle, si esta procediera conforme a derecho.[2]

**NOTIFÍQUESE.**

En San Juan, Puerto Rico, a 12 de mayo de 2023.

**f/ALFONSO S. MARTÍNEZ PIOVANETTI
JUEZ SUPERIOR**



---

[2] De necesitar más tiempo para ello por alguna causa justificada, deberá presentar oportunamente una solicitud de prórroga debidamente fundamentada. A su vez, dicha contestación a la demanda debe prestar particular atención al remedio interdictal solicitado.

[2] Ahora bien, se aclara que en virtud de la Orden Administrativa OAJP-2017-021 sobre la *Implantación de las funcionalidades de presentación y notificación electrónica en las Salas de Asuntos de los Civil del Centro Judicial de San Juan* emitida el 16 de junio de 2017 por la Jueza Presidenta, Hon. Maite D. Oronoz Rodríguez, así como del Memorando Núm. 122, emitido en esa misma fecha por Director Administrativo de los Tribunales, Hon. Sigfrido Steidel Figueroa, la intervención de este Salón de Sesiones pudiera limitarse a atender aquellos asuntos necesariamente relacionados con la solicitud de un recurso extraordinario. Una vez resuelta tal solicitud, todas las controversias restantes pudieran ser referidas a la sala de lo civil competente para el trámite ordinario.

Pág. 2 de 3

# DILIGENCIAMIENTO

Yo, __Edwin Caraballo Tolosa__, mayor de edad, __casado__, empleado y vecino de __Juana Díaz__, Puerto Rico, bajo juramento DECLARO:

Que me llamo como queda dicho y soy de las circunstancias personales antes dichas, sé leer y escribir y no soy abogado en este asunto, ni parte en el pleito, y no tengo interés en el mismo.

Que recibí la Orden al dorso el día __16__ de __Mayo__ de 2023, notificándola personalmente a __Junta de Gobierno de la Universidad de P.R. P/C Melisa Reyes Asesora legal de__ en su __la Junta__ condición de __Demandado__ el día __16__ de __Mayo__ de 2023, a las __10:00__ de la __AM__ en (escriba dirección exacta) __c/ Flamboyán Jardín Botánico Sur San Juan P.R. Universidad de P.R.__, Puerto Rico.

_____
DILIGENCIANTE

# Lic 4223715

Jurado y suscrito ante mi, por __Edwin Caraballo Tolosa__ de las circunstancias personales antes dichas a quien doy fe de conocer personalmente en __Ponce__, Puerto Rico, hoy día __14__ de __Mayo__ de 2023.

Carmen G. Tirú Quiñones
Sub Regional

SECRETARIA
Luz S. Romero Bonilla
Secretaria Auxiliar

Pág. 3 de 3

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**TRIBUNAL GENERAL DE JUSTICIA**
**TRIBUNAL DE PRIMERA INSTANCIA**
**CENTRO JUDICIAL DE San Juan**
SALA SUPERIOR DE San Juan

| | |
|---|---|
| SISTEMA DE RETIRO DE LA UNIVERSIDAD DE PUERTO RICO Y OTROS | CASO NÚM. SJ2023CV04406 (SALÓN 907) |
| VS | |
| UNIVERSIDAD DE PUERTO RICO Y OTROS | SOBRE: SENTENCIA DECLARATORIA |

## NOTIFICACIÓN

A: JESSICA ESTHER MÉNDEZ COLBERG
JESSICA@EMMANUELLI.LAW

RAFAEL MALDONADO PEREZ
RMALDONADOLAW@GMAIL.COM

ROLANDO EMMANUELLI JIMÉNEZ
ROLANDO@EMMANUELLI.LAW

ZOÉ CRISTINA NEGRÓN COMAS
ZOE@EMMANUELLI.LAW

El (La) Secretario(a) que suscribe certifica y notifica a usted que con relación al(a la) OTRAS [2] este Tribunal emitió una ORDEN el 12 de mayo de 2023.

Se aneja copia o incluye enlace:

Presione aquí para acceder al documento electrónico objeto de esta notificación. [5]

SE LE ADVIERTE que al ser una parte o su representante legal en el caso sujeto a esta ORDEN, usted puede presentar un recurso de apelación, revisión o certiorari de conformidad con el procedimiento y en el término establecido por ley, regla o reglamento.

CERTIFICO que la determinación emitida por el Tribunal fue debidamente registrada y archivada hoy 12 de mayo de 2023, y que se envió copia de esta notificación a las personas antes indicadas, a sus direcciones registradas en el caso conforme a la normativa aplicable. En esta misma fecha fue archivada en autos copia de esta notificación.

En San Juan, Puerto Rico, a 12 de mayo de 2023.

| GRISELDA RODRIGUEZ COLLADO | Por: f/VANESSA NIEVES MORALES |
|---|---|
| Nombre del (de la) Secretario(a) Regional | Nombre y Firma del (de la) Secretario(a) Auxiliar del Tribunal |

OAT 1812 Formulario Único de Notificación - Sentencias, Resoluciones, Órdenes y Minutas
(Noviembre 2016) / SUMAC

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**TRIBUNAL GENERAL DE JUSTICIA**
**TRIBUNAL DE PRIMERA INSTANCIA**
**SALA DE SAN JUAN**

| | |
|---|---|
| SISTEMA DE RETIRO DE LA UNIVERSIDAD DE PUERTO RICO POR CONDUCTO DE LA JUNTA DE RETIRO DE LA UNIVERSIDAD DE PUERTO RICO<br><br>**PARTE DEMANDANTE**<br><br>v.<br><br>UNIVERSIDAD DE PUERTO RICO POR CONDUCTO DE LA JUNTA DE GOBIERNO DE LA UNIVERSIDAD DE PUERTO RICO; CPA RICARDO DALMAU SANTANA, PRESIDENTE DE LA JUNTA DE GOBIERNO DE LA UNIVERSIDAD DE PUERTO RICO; ENTIDAD XYZ<br><br>**PARTE DEMANDADA** | **CIVIL NÚM.:** SJ2023CV04406<br><br>**SALÓN DE SESIONES:** 907<br><br>**SOBRE:** INJUNCTION PRELIMINAR Y PERMANENTE; SENTENCIA DECLARATORIA |

## ORDEN Y CITACIÓN

Evaluadas la *Demanda y Petición de Interdicto Permanente y Sentencia Declaratoria* y la *Solicitud de Interdicto Preliminar*[1] que presentó el Sistema de Retiro de la Universidad de Puerto Rico por conducto de la Junta de Retiro y en atención a lo dispuesto en la Regla 57 de Procedimiento Civil, 32 LPRA Ap. V, el Tribunal señala una **vista** para el **jueves, 25 de mayo de 2023 a las 9:30 a.m. en el Salón de Sesiones 907 del Centro Judicial de San Juan**. En dicha vista se dilucidará si procede la concesión del remedio de *injunction* preliminar solicitado, la cual podrá consolidarse con el juicio en sus méritos.

A la referida vista, **las partes comparecerán preparadas** para:

1. Exponer de forma breve y precisa los hechos pertinentes en los cuales basa su razón de pedir, negar o intervenir.
2. Formalizar estipulaciones de hechos y de documentos.
3. Discutir su teoría legal y cualquier moción dispositiva pendiente.
4. De existir hechos en controversia, las partes deberán comparecer preparadas para la celebración de una vista evidenciaria en esa misma fecha.
5. Consecuentemente, las partes deberán anunciar cualquier prueba testifical y/o documental que se propongan a presentar en evidencia mediante una moción al expediente presentada previo al señalamiento, so pena de que quede renunciada. La prueba documental deberá ser cargada mediante anejos separados e independientes, debidamente enumerados.

La parte demandante notificará personalmente esta ORDEN Y CITACIÓN a la parte demandada, junto con copia de la demanda, sus anejos y del emplazamiento de conformidad con

---

[1] La demanda y petición de epígrafe se presentó el 11 de mayo de 2023. No obstante, se aclara que el presente caso fue asignado a este Salón de Sesiones hoy, 12 de mayo de 2023, a las 4:35 p.m.

Case: SJ2023CV04406 16/05/2023 04:57:48 pm Entrada Núm. 10 Página 13 de 18
Case: 3:23-cv-01326 Document 5-24 Filed 06/05/23 Page 13 of 18 Desc:
Appendix Informative Motion Dkt 10 Page 13 of 18

la Regla 4.4 de las de Procedimiento Civil, *supra*. **La parte demandante deberá acreditar al Tribunal el diligenciamiento personal de estos documentos <u>en o antes del miércoles, 17 de mayo de 2023.</u>**

Por otra parte, y en atención a las disposiciones de la Regla 68.2 de Procedimiento Civil, *supra*, se acorta el término que de otro modo tendría la **parte demandada** para **contestar la demanda por el Sistema Unificado de Manejo y Administración de Casos (SUMAC) en o antes del <u>lunes, 22 de mayo de 2023.</u>**[2]

Por último, se apercibe a la parte demandada que de no comparecer a la vista señalada sin excusa previa, y de no haber presentado oportunamente una moción escrita para exponer cualquier situación meritoria en relación con la presente Orden y Citación, este Tribunal considerará su incomparecencia como su aceptación de los hechos alegados en la demanda y al remedio solicitado, pudiendo dictar la sentencia o resolución que corresponda, lo que podría incluir una orden de *injunction*, sin más citarle ni oírle, si esta procediera conforme a derecho.[2]

**NOTIFÍQUESE.**

En San Juan, Puerto Rico, a 12 de mayo de 2023.

**f/ALFONSO S. MARTÍNEZ PIOVANETTI
JUEZ SUPERIOR**



K040

---

[2] De necesitar más tiempo para ello por alguna causa justificada, deberá presentar oportunamente una solicitud de prórroga debidamente fundamentada. A su vez, dicha contestación a la demanda debe prestar particular atención al remedio interdictal solicitado.

[2] Ahora bien, se aclara que en virtud de la Orden Administrativa OAJP-2017-021 sobre la *Implantación de las funcionalidades de presentación y notificación electrónica en las Salas de Asuntos de los Civil del Centro Judicial de San Juan* emitida el 16 de junio de 2017 por la Jueza Presidenta, Hon. Maite D. Oronoz Rodríguez, así como del Memorando Núm. 122, emitido en esa misma fecha por Director Administrativo de los Tribunales, Hon. Sigfrido Steidel Figueroa, la intervención de este Salón de Sesiones pudiera limitarse a atender aquellos asuntos necesariamente relacionados con la solicitud de un recurso extraordinario. Una vez resuelta tal solicitud, todas las controversias restantes pudieran ser referidas a la sala de lo civil competente para el trámite ordinario.

· Pág. 2 de 3

# DILIGENCIAMIENTO

Yo, __Edwin Caraballo Tolosa__, mayor de edad, __Casado__, empleado y vecino de __Juncos, P.R.__, Puerto Rico, bajo juramento DECLARO:

Que me llamo como queda dicho y soy de las circunstancias personales antes dichas, sé leer y escribir y no soy abogado en este asunto, ni parte en el pleito, y no tengo interés en el mismo.

Que recibí la Orden al dorso el día __16__ de __Mayo__ de 2023, notificándola personalmente a __Universidad de P.R.__, P/c __Sergi Rodriguez División Legal__ en su condición de __Demandado__ el día __16__ de __Mayo__ de 2023, a las __9:40__ de la __Am__ en (escriba dirección exacta) __C/ Flamboyan, Jardín Botánico Sur__, Puerto Rico.
San Juan P.R.
Universidad de P.R.

_____
DILIGENCIANTE

# Lic 4223715

Jurado y suscrito ante mi, por __Edwin Caraballo Tolosa__ de las circunstancias personales antes dichas a quien doy fe de conocer personalmente en __Ponce__, Puerto Rico, hoy día __16__ de __Mayo__ de 2023.

Carmen G. Tiró Quiñones
Sec. Regional

SECRETARIA

Luz S. Romero Bonilla
Secretaria Auxiliar

Pág. 3 de 3

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**TRIBUNAL GENERAL DE JUSTICIA**
**TRIBUNAL DE PRIMERA INSTANCIA**
**CENTRO JUDICIAL DE San Juan**
SALA SUPERIOR DE San Juan

| | |
|---|---|
| SISTEMA DE RETIRO DE LA UNIVERSIDAD DE PUERTO RICO Y OTROS | CASO NÚM.  SJ2023CV04406 (SALÓN 907) |
| VS | |
| UNIVERSIDAD DE PUERTO RICO Y OTROS | SOBRE:  SENTENCIA DECLARATORIA |

## NOTIFICACIÓN

A: JESSICA ESTHER MÉNDEZ COLBERG
JESSICA@EMMANUELLI.LAW

RAFAEL MALDONADO PEREZ
RMALDONADOLAW@GMAIL.COM

ROLANDO EMMANUELLI JIMÉNEZ
ROLANDO@EMMANUELLI.LAW

ZOÉ CRISTINA NEGRÓN COMAS
ZOE@EMMANUELLI.LAW

El (La) Secretario(a) que suscribe certifica y notifica a usted que con relación al(a la) OTRAS [2] este Tribunal emitió una ORDEN el 12 de mayo de 2023.

Se aneja copia o incluye enlace:

Presione aquí para acceder al documento electrónico objeto de esta notificación. [5]

SE LE ADVIERTE que al ser una parte o su representante legal en el caso sujeto a esta ORDEN, usted puede presentar un recurso de apelación, revisión o certiorari de conformidad con el procedimiento y en el término establecido por ley, regla o reglamento.

CERTIFICO que la determinación emitida por el Tribunal fue debidamente registrada y archivada hoy 12 de mayo de 2023, y que se envió copia de esta notificación a las personas antes indicadas, a sus direcciones registradas en el caso conforme a la normativa aplicable. En esta misma fecha fue archivada en autos copia de esta notificación.

En San Juan, Puerto Rico, a 12 de mayo de 2023.

| | | |
|---|---|---|
| GRISELDA RODRIGUEZ COLLADO | Por: | f/VANESSA NIEVES MORALES |
| Nombre del (de la) Secretario(a) Regional | | Nombre y Firma del (de la) Secretario(a) Auxiliar del Tribunal |

OAT 1812 Formulario Único de Notificación - Sentencias, Resoluciones, Órdenes y Minutas
(Noviembre 2016) / SUMAC

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**TRIBUNAL GENERAL DE JUSTICIA**
**TRIBUNAL DE PRIMERA INSTANCIA**
**SALA DE SAN JUAN**

| | |
|---|---|
| SISTEMA DE RETIRO DE LA UNIVERSIDAD DE PUERTO RICO POR CONDUCTO DE LA JUNTA DE RETIRO DE LA UNIVERSIDAD DE PUERTO RICO<br>**PARTE DEMANDANTE**<br><br>v.<br><br>UNIVERSIDAD DE PUERTO RICO POR CONDUCTO DE LA JUNTA DE GOBIERNO DE LA UNIVERSIDAD DE PUERTO RICO; CPA RICARDO DALMAU SANTANA, PRESIDENTE DE LA JUNTA DE GOBIERNO DE LA UNIVERSIDAD DE PUERTO RICO; ENTIDAD XYZ<br>**PARTE DEMANDADA** | **CIVIL NÚM.:** SJ2023CV04406<br><br>**SALÓN DE SESIONES:** 907<br><br>**SOBRE:** INJUNCTION PRELIMINAR Y PERMANENTE; SENTENCIA DECLARATORIA |

## ORDEN Y CITACIÓN

Evaluadas la *Demanda y Petición de Interdicto Permanente y Sentencia Declaratoria* y la *Solicitud de Interdicto Preliminar*[1] que presentó el Sistema de Retiro de la Universidad de Puerto Rico por conducto de la Junta de Retiro y en atención a lo dispuesto en la Regla 57 de Procedimiento Civil, 32 LPRA Ap. V, el Tribunal señala una **vista** para el **jueves, 25 de mayo de 2023 a las 9:30 a.m. en el Salón de Sesiones 907 del Centro Judicial de San Juan**. En dicha vista se dilucidará si procede la concesión del remedio de *injunction* preliminar solicitado, la cual podrá consolidarse con el juicio en sus méritos.

A la referida vista, **las partes comparecerán preparadas** para:

1. Exponer de forma breve y precisa los hechos pertinentes en los cuales basa su razón de pedir, negar o intervenir.
2. Formalizar estipulaciones de hechos y de documentos.
3. Discutir su teoría legal y cualquier moción dispositiva pendiente.
4. De existir hechos en controversia, las partes deberán comparecer preparadas para la celebración de una vista evidenciaria en esa misma fecha.
5. Consecuentemente, las partes deberán anunciar cualquier prueba testifical y/o documental que se propongan a presentar en evidencia mediante una moción al expediente presentada previo al señalamiento, so pena de que quede renunciada. La prueba documental deberá ser cargada mediante anejos separados e independientes, debidamente enumerados.

La parte demandante notificará personalmente esta ORDEN Y CITACIÓN a la parte demandada, junto con copia de la demanda, sus anejos y del emplazamiento de conformidad con

---

[1] La demanda y petición de epígrafe se presentó el 11 de mayo de 2023. No obstante, se aclara que el presente caso fue asignado a este Salón de Sesiones hoy, 12 de mayo de 2023, a las 4:35 p.m.

la Regla 4.4 de las de Procedimiento Civil, *supra*. **La parte demandante deberá acreditar al Tribunal el diligenciamiento personal de estos documentos <u>en o antes del miércoles, 17 de mayo de 2023.</u>**

Por otra parte, y en atención a las disposiciones de la Regla 68.2 de Procedimiento Civil, *supra*, se acorta el término que de otro modo tendría la **parte demandada** para **contestar la demanda por el Sistema Unificado de Manejo y Administración de Casos (SUMAC) en o antes del <u>lunes, 22 de mayo de 2023</u>.**[2]

Por último, se apercibe a la parte demandada que de no comparecer a la vista señalada sin excusa previa, y de no haber presentado oportunamente una moción escrita para exponer cualquier situación meritoria en relación con la presente Orden y Citación, este Tribunal considerará su incomparecencia como su aceptación de los hechos alegados en la demanda y al remedio solicitado, pudiendo dictar la sentencia o resolución que corresponda, lo que podría incluir una orden de *injunction*, sin más citarle ni oírle, si esta procediera conforme a derecho.[2]

**NOTIFÍQUESE.**

En San Juan, Puerto Rico, a 12 de mayo de 2023.

**f/ALFONSO S. MARTÍNEZ PIOVANETTI
JUEZ SUPERIOR**

K040

---

[2] De necesitar más tiempo para ello por alguna causa justificada, deberá presentar oportunamente una solicitud de prórroga debidamente fundamentada. A su vez, dicha contestación a la demanda debe prestar particular atención al remedio interdictal solicitado.

[2] Ahora bien, se aclara que en virtud de la Orden Administrativa OAJP-2017-021 sobre la *Implantación de las funcionalidades de presentación y notificación electrónica en las Salas de Asuntos de los Civil del Centro Judicial de San Juan* emitida el 16 de junio de 2017 por la Jueza Presidenta, Hon. Maite D. Oronoz Rodríguez, así como del Memorando Núm. 122, emitido en esa misma fecha por Director Administrativo de los Tribunales, Hon. Sigfrido Steidel Figueroa, la intervención de este Salón de Sesiones pudiera limitarse a atender aquellos asuntos necesariamente relacionados con la solicitud de un recurso extraordinario. Una vez resuelta tal solicitud, todas las controversias restantes pudieran ser referidas a la sala de lo civil competente para el trámite ordinario.

## DILIGENCIAMIENTO

Yo, Edwin Caraballo Tolosa, mayor de edad, casado, empleado y vecino de Juana Díaz, Puerto Rico, bajo juramento DECLARO:

Que me llamo como queda dicho y soy de las circunstancias personales antes dichas, sé leer y escribir y no soy abogado en este asunto, ni parte en el pleito, y no tengo interés en el mismo.

Que recibí la Orden al dorso el día 16 de Mayo de 2023, notificándola personalmente a CPA Ricardo Dalmau Santana P/c Melisa Reyes Asesora legal de la Junta en su condición de Demandado el día 16 de Mayo de 2023, a las 10:00 de la AM en (escriba dirección exacta) c/ Flamboyán, Jardín Botánico San Juan, P.R., Puerto Rico.

_____
DILIGENCIANTE

#LIC 4223715

Jurado y suscrito ante mi, por Edwin Caraballo Tolosa de las circunstancias personales antes dichas a quien doy fe de conocer personalmente en Ponce, Puerto Rico, hoy día 16 de Mayo de 2023.

_____
SECRETARIA
Carmen G. Tiró Quiñones
Sec. Regional
Secretaria Auxiliar

Pág. 3 de 3