ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL GENERAL DE JUSTICIA
TRIBUNAL DE PRIMERA INSTANCIA
CENTRO JUDICIAL DE San Juan
SALA SUPERIOR DE San Juan

SISTEMA DE RETIRO DE LA UNIVERSIDAD DE PUERTO RICO Y OTROS

CASO NÚM. SJ2023CV04406 (SALÓN 907)

VS

UNIVERSIDAD DE PUERTO RICO Y OTROS

SOBRE: SENTENCIA DECLARATORIA

A: JUNTA DE GOBIERNO DE LA UNIVERSIDAD DE PUERTO RICO

**NOTIFICACIÓN**

A: JESSICA ESTHER MÉNDEZ COLBERG
JESSICA@EMMANUELLI.LAW

JUNTA DE GOBIERNO DE LA UNIVERSIDAD DE PUERTO RICO
1187 CALLE FLAMBOYÁN SAN JUAN, PUERTO RICO 00926
RAFAEL MALDONADO PEREZ
RMALDONADOLAW@GMAIL.COM

ROLANDO EMMANUELLI JIMÉNEZ
ROLANDO@EMMANUELLI.LAW

UNIVERSIDAD DE PUERTO RICO
1187 CALLE FLAMBOYÁN SAN JUAN, PUERTO RICO 00926
ZOÉ CRISTINA NEGRÓN COMAS
ZOE@EMMANUELLI.LAW

El (La) Secretario(a) que suscribe certifica y notifica a usted que con relación al(a la) DESESTIMACIÓN [12] este Tribunal emitió una ORDEN el 23 de mayo de 2023.

Se transcribe la determinación a continuación:

Parte demandante exponga su posición sobre la moción de desestimación en o antes del 25 de mayo de 2023. Podrá exponerla en corte abierta durante la vista del 25 de mayo de 2023.

[13]

f/ALFONSO S. MARTÍNEZ PIOVANETTI

SE LE ADVIERTE que al ser una parte o su representante legal en el caso sujeto a esta ORDEN, usted puede presentar un recurso de apelación, revisión o certiorari de conformidad con el procedimiento y en el término establecido por ley, regla o reglamento.

CERTIFICO que la determinación emitida por el Tribunal fue debidamente registrada y archivada hoy 23 de mayo de 2023, y que se envió copia de esta notificación a las personas antes indicadas, a sus direcciones registradas en el caso conforme a la normativa aplicable. En esta misma fecha fue archivada en autos copia de esta notificación.

En San Juan, Puerto Rico, a 23 de mayo de 2023.

GRISELDA RODRIGUEZ COLLADO
Nombre del (de la) Secretario(a) Regional

Por: f/VANESSA NIEVES MORALES
Nombre y Firma del (de la) Secretario(a) Auxiliar del Tribunal

OAT 1812 Formulario Único de Notificación - Sentencias, Resoluciones, Órdenes y Minutas
(Noviembre 2016) / SUMAC