**GOBIERNO DE PUERTO RICO**
**TRIBUNAL GENERAL DE JUSTICIA**
**TRIBUNAL DE PRIMERA INSTANCIA**
**SALA DE SAN JUAN**

| | |
|---|---|
| SISTEMA DE RETIRO DE LA UNIVERSIDAD DE PUERTO RICO POR CONDUCTO DE LA JUNTA DE RETIRO DE LA UNIVERSIDAD DE PUERTO RICO<br><br>**Parte Demandante**<br><br>Vs.<br><br>UNIVERSIDAD DE PUERTO RICO POR CONDUCTO JUNTA DE GOBIERNO DE LA UNIVERSIDAD DE PUERTO RICO, CPA RICARDO DALMAU SANTANA, PRESIDENTE DE LA JUNTA DE GOBIERNO DE LA UNIVERSIDAD DE PUERTO RICO, ENTIDAD XYZ<br><br>**Parte Demandada** | NÚM. SJ2023CV04406 (907)<br><br>SOBRE:<br><br>INTERDICTO PRELIMINAR Y PERMANENTE, SENTECIA DECLARATORIA |

**MOCIÓN ASUMIENDO REPRESENTACIÓN LEGAL**

**AL HONORABLE TRIBUNAL:**

   **COMPARECE**, la parte codemandada, Universidad de Puerto Rico ("UPR"), por conducto de la representación legal que suscribe y muy respetuosamente EXPONE, ALEGA y SOLICITA:

1) La Universidad de Puerto Rico le ha encomendado a los abogados que suscriben que le representen en todo lo relacionado en este caso.

2) El 22 de mayo de 2022, comparecimos en la Moción de Desestimación presentada en conjunto con la Junta de Gobierno de la UPR y su Presidente, el CPA Ricardo Dalmau Santana. Véase Entrada Núm. 12 del Expediente SUMAC, Caso Núm. SJ2023CV04406.

3) Presentamos la presente moción para fines de registrar nuestra comparecencia en el Sistema Unificado de Manejo y Administración de Casos (SUMAC).

   POR TODO LO CUAL, respetuosamente solicitamos que este Honorable Tribunal tome conocimiento de lo antes expresado,

Case:23-03283-LTS Doc#:26-5 Filed:06/22/23 Filed:05/22/24 Pages 36:00 Desc:
Appendix Motion Assuming Representation Dkt 14   Page 2 of 2

autorice la comparecencia de los abogados que suscriben, y emita cualquier otro pronunciamiento que proceda en derecho.

**Certifico:** Que la presente moción fue presentada y notificada mediante SUMAC el cual provee notificación adecuada a todas las partes.

**RESPETUOSAMENTE SOMETIDA.**

En San Juan, Puerto Rico, hoy 24 de mayo de 2023.

**ABOGADOS DE LA UNIVERSIDAD DE PUERTO RICO**

**NOLLA, PALOU & CASELLAS, LLC**
PO Box 195287
San Juan, PR 00919-5287
Tel: (787) 625-6535
Fax (787) 625-6530

*f. JUAN M. CASELLAS RODRÍGUEZ*
RUA. 12,968
jmc@npclawyers.com

*f. LUIS E. PALOU BALSA*
RUA. 11,095
lpb@npclawyers.com