Case:23-00383 Doc#:326-5 Filed:05/25/23 Entered:06/15/23 Page:1 of 10   Desc:
Appendix Notice of Order Dkt 15  Page 1 of 1

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**TRIBUNAL GENERAL DE JUSTICIA**
**TRIBUNAL DE PRIMERA INSTANCIA**
**CENTRO JUDICIAL DE  San Juan**
SALA SUPERIOR DE  San Juan

| | | |
|---|---|---|
| SISTEMA DE RETIRO DE LA UNIVERSIDAD DE PUERTO RICO Y OTROS | CASO NÚM. | SJ2023CV04406 (SALÓN 907) |
| VS | | |
| UNIVERSIDAD DE PUERTO RICO Y OTROS | SOBRE: | SENTENCIA DECLARATORIA |

# NOTIFICACIÓN

A:    JESSICA ESTHER MÉNDEZ COLBERG
      JESSICA@EMMANUELLI.LAW

      JUAN M. CASELLAS RODRIGUEZ
      JMC@NPCLAWYERS.COM

      RAFAEL MALDONADO PEREZ
      RMALDONADOLAW@GMAIL.COM

      ROLANDO EMMANUELLI JIMÉNEZ
      ROLANDO@EMMANUELLI.LAW

      ZOÉ CRISTINA NEGRÓN COMAS
      ZOE@EMMANUELLI.LAW

El (La) Secretario(a) que suscribe certifica y notifica a usted que con relación al(a la) ASUMIR REPRESENTACIÓN LEGAL [14] este Tribunal emitió una ORDEN el 24 de mayo de 2023.

Se transcribe la determinación a continuación:
Ha lugar. [15]

                                        f/ALFONSO S. MARTÍNEZ PIOVANETTI

SE LE ADVIERTE que al ser una parte o su representante legal en el caso sujeto a esta ORDEN, usted puede presentar un recurso de apelación, revisión o certiorari de conformidad con el procedimiento y en el término establecido por ley, regla o reglamento.

CERTIFICO que la determinación emitida por el Tribunal fue debidamente registrada y archivada hoy 24 de mayo de 2023, y que se envió copia de esta notificación a las personas antes indicadas, a sus direcciones registradas en el caso conforme a la normativa aplicable. En esta misma fecha fue archivada en autos copia de esta notificación.

En  San Juan, Puerto Rico, a 24 de mayo de 2023.

| | | |
|---|---|---|
| GRISELDA RODRIGUEZ COLLADO | Por: | f/VANESSA NIEVES MORALES |
| Nombre del (de la) Secretario(a) Regional | | Nombre y Firma del (de la) Secretario(a) Auxiliar del Tribunal |