### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNIVERSITY OF PUERTO RICO RETIREMENT SYSTEM, THROUGH THE UNIVERSITY OF PUERTO RICO RETIREMENT BOARD<br><br>Plaintiff,<br><br>V<br><br>UNIVERSITY OF PUERTO RICO THROUGH THE UNIVERSITY OF PUERTO RICO GOVERNING BOARD, *et al.*<br><br>Defendants. | CASE NO. 23-CV-01326 |

### **INFORMATIVE MOTION**

TO THE HONORABLE COURT:

COME NOW the undersigned counsels, and respectfully state as follows:

1. The undersigned attorneys will enjoy their regular vacations during the days between December 25, 2023, to January 5, 2024.

2. At the time of filing this motion, the following matters are pending:

    a. Notice of Removal filed on May 24, 2023, Docket No. 1.

    b. Motion for Remand filed on June 15, 2023, Docket No. 8.

    c. Opposition to Motion for Remand filed on July 10, 2023, Docket No. 16.

    d. Reply to Opposition to Motion for Remand on July 27, 2023, Docket No. 20.

3. There are no hearings, appointments, or procedures of great importance in the present case that must be carried out during said dates.

4. It is respectfully requested that this Honorable Court and the colleagues who represent the different parties in this case take notice and, as far as possible, exempt the undersigned attorneys from any procedure or management during said period.

**WHEREFORE**, it is respectfully prayed for this Court to take notice of the above stated.

**CERTIFICATE OF SERVICE**: I hereby certify that on this same date I electronically filed the foregoing with the clerk of the court, using CM/ECF system which will send notification of such filing to all registered CM/ECF participants.

In Ponce, Puerto Rico, this 22nd day of November 2023.

BUFETE EMMANUELLI, C.S.P.
P.O. Box 10779
Ponce, Puerto Rico 00732
Tel.: 787-848-0666
Fax: 787-841-1435

*/s/ Rolando Emmanuelli-Jiménez*
Rolando Emmanuelli-Jiménez, Esq.
USDC: 214105
rolando@emmanuelli.law

*/s/Jessica Esther Mendez Colberg*
Jessica E. Méndez Colberg, Esq.
USDC: 302108
jessica@emmanuelli.law

*/s/ Zoé C. Negrón-Comas*
Zoé C. Negrón-Comas, Esq.
USDC: 308702
zoe@emmanuelli.law