IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNIVERSITY OF PUERTO RICO RETIREMENT BOARD,**<br><br>    **Plaintiff,**<br><br>    v.<br><br>**UNIVERSITY OF PUERTO RICO; <u>ET AL.</u>,**<br><br>    **Defendants.** | **CIVIL NO. 23-1326 (PAD)** |

## JUDGMENT

In accordance with the Opinion and Order issued today (Docket No. 24), this case is REMANDED to the San Juan Part of the Puerto Rico Court of First Instance.

This case is now closed for statistical purposes.

**SO ORDERED.**

In San Juan, Puerto Rico, this 7th day of February, 2024.

<u>s/Pedro A. Delgado-Hernández</u>
PEDRO A. DELGADO HERNANDEZ
United States District Judge