# UNITED STATES DISTRICT COURT
**DISTRICT OF PUERTO RICO
FEDERICO DEGETAU FEDERAL BLDG. - RM. 150
CARLOS CHARDON AVE.
HATO REY, PUERTO RICO 00918-1767**

February 8, 2024

Clerk of Court
Puerto Rico Court of First Instance
San Juan
P.O. Box 190887
San Juan, PR 00919-0887

        Re: University if Puerto Rico Retirement Board v. University of Puerto Rico et al
        **Our Case: Civil Case 23-1326 (PAD)**
        <u>**Your Case**</u>:  <u>**SJ2023CV04406**</u>

Dear Clerk:

    In accordance with the Remand Order entered by U.S. District Judge Pedro A. Delgado-Hernández, in the above-entitled case, we include the following documents:

1. Certified Copy of Remand Order.  (Docket #24)

2. Certified Copy of Docket Sheet.

3. Certified Copy of the Judgment.   (Docket #25)

Kindly acknowledge receipt on the copy attached herewith.

        Very truly yours,

        ADA I. GARCIA-RIVERA, ESQ.
        Clerk of Court

        By:   S/ Mildred Concepción
                 Deputy Clerk